UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

LEONID MOMOTOK and
ALEXANDER GARKUSHA,

        Defendants.

- - - - - - - - - - - - - - -X

ORDER

Docket No. 15-CR-381 (RJD)

       Upon the motion of the United States of America, by its counsel, Christopher L. Nasson, pursuant to 18 U.S.C. § 3145(a) (1) and 28 U.S.C. §1651(a), for the review and stay of any release order for the above-named defendants entered by the Honorable J. Clay Fuller, United States Magistrate Judge, Northern District of Georgia on August 14, 2015, it is hereby

       ORDERED, that a temporary order of detention is imposed on the defendants and that a hearing on the government's motion for revocation of any release order entered by the the Honorable J. Clay Fuller, United States Magistrate Judge, Northern District of Georgia be promptly docketed and heard in this Court as soon as the parties are able to so appear.

       IT IS FURTHER ORDERED, that any release order entered on August 14, 2015, by the Honorable J. Clay Fuller, United States Magistrate Judge, Northern District of Georgia, is hereby stayed pending the government's motion for review of said release order in the Eastern District of New York.

       IT IS FURTHER ORDERED that the Clerk of Court shall send, by facsimile, certified copies of this Order to the Honorable J. Clay Fuller, United States Magistrate

Judge, Northern District of Georgia, the defendant's counsel and the attorneys for the government in the Northern District of Georgia and the Eastern District of New York.

Dated:   Brooklyn, New York
         August __, 2015

       SO ORDERED:

_____
HONORABLE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK