# RUSSIAN EVANGELICAL BAPTIST CHURCH OF WESTFIELD, MA

08.16.2015

To the Presiding Judge:

We the congregation of the Russian Evangelical Baptist Church of Westfield MA would like to put forth the following statement regarding pastor Vitaly Korchevsky:

During his time in the ministry we have come in close contact with Vitaly, through his sermons, church visits, and the much needed spiritual assistance and advice. Throughout the time amongst our congregation we have always found him to be God-fearing, honest, caring, and straightforward in all church matters. He has strived to develop a personal relationship with any member that came to him for guidance. He took genuine personal interest in our problems. We have known him to be a humble servant to us and strict to himself, keeping a clear conscience in front of God and people.

Sincerely,
Members of the Russian Evangelical Baptist Church of Westfield MA

| Name | Signature | Telephone |
|---|---|---|
| Andrey Agapov | | 413-221-7273 |
| Vladimir Ionkin | | 413-642-3446 |
| Victor Rotar | | (413) 388-5700 |
| Victor Sinigur | | 413 862 0003 |
| Serhiy Birchyy | S. Birchyy | (413) 222 3933 |
| Oksana Gorobinskiy | | (413) 275-2866 |
| Oleg Katykhin | | (413) 297 8322 |
| Lilya Katykhin | | (413) 426-1468 |
| Veronica Yovenco | | (413) 7333-415 |
| Roman Yovenco | | (413) 7332-415 |
| Marina Katyhikov | | (413) 314-1908 |
| Marina Gorobinskiy | | (413) 313-6920 |
| Anatoliy Okhrimenko | | (413) 426 1465 |
| Anna Selina | Ann Seli§ | (413) 273-3457 |
| Vera Merkulova | | 413/532-5412 |
| Vera Klimoshu | V. Kh | (413) 562-21-05 |
| Igor Ryaborlyach | | (413) 572-4096 |

| Name | Signature | Telephone |
|---|---|---|
| Nina TSURANOVA | Tsuranova | 413-789-6958 |
| Peter-Tatyana Selin | Tatyana S. | 413-739-2097 |
| Yelena Selezneva | Yelena Selezneva | 413-579-7308 |
| Valentina Selezneva | V. Selzn | 413-579-2200 |
| Vera Feda Nosikov | V Nui | 413-262-8880 |
| Aleksey Telelyuyev | Aleksey Tele | 413-267-5843 |
| Julia Biley | Juli Bly | 413-230-7182 |
| Lyubov Pitsuren | L. Pit | 413-562-1567 |
| Benn Park | Benn Pk | 413-454-8327 |
| Chemeris | Oleg | 413-386-7431 |
| Samuel Shokov | Samu Shoka | 413-726-4709 |
| Cherlanova Lyudmila | L. Cheat | 413-977-4875 |

| Name | Signature | Telephone |
|---|---|---|
| Roman Shmeiko | Roman Sh | (413)(636) 31-06 |
| Julia Pchelka | J. Pchelka | (413)-746-0363 |
| Nadezhda T. makova | N. T makova | (413) 533-6746 |
| Yuliya Davidenko | Yul Dav | (413) 459-6226 |
| ANDRey Podclasky | [signature] | (413) 221-7402 |
| Irina Okhrimenko | Irina Okh | (413) 262-6885 |
| Anna Aseyeva | Naseelinger | 413-627-1042 |
| Sergey Aseyev | [signature] | 413-627-9010 |
| Pavel Hancharonak | P. Hancharonak | (413) 789-0103 |
| Anna Kafanov | A Kafanov | (413) 326-1136 |
| Victor Archakov | [signature] | 413-426-7321 |
| Nikolay Gorobinskiy | [signature] | (413) 330·21·59 |
| Anatoliy Primakov | [signature] | (413) 731·6864 |
| Mikhaylichenko V | Mikhaylichenko | (413) 561 56·40 |
| Mikhaylichenko I | J Mikhaylichenko | (413) 561-56-37 |
| PAVEL Okhrimenko | P. Okhrimenko | 413) 531-60 61 |

| Name | Signature | Telephone |
|---|---|---|
| Timofey Tverdokhlebov | Timofey Tverdokhlebov | 413-885-7160 |
| Dmitriy Mayboroda | D. Mayboroda | 413-454-1752 |
| Yelizaveta Tverdokhlebov | Yelizaveta | (413) 388-6009 |
| Olga Kripakova | O. Alean | (413) 364-1262 |
| Sergey Kripakov | Sergey Kripakov | (413) 330-7277 |
| Zoya Birchy | Zoya Birchy | (413) 222-3604 |
| Valentina Petra | V. Petra | (413) 734-1094 |
| Yuliya Shumeiko | Yul hu | (413) 650-3075 |
| Sergey Gorobinskiy | Seu G | (413) 204-7937 |
| Lyubov Ivanenko | L. Ueeoof | (413) 577-8480 |
| Vitaliy Davidenko |  | 413 342 8518 |
| Vitaliy Kiriukhin |  | 413 887 1386 |
| Nellya Sychova | N. Sychova | 413.784 3434. |
| NADEZHDA DAVIDENKO | npu | 413.568.4917 |
| Tamara Ivanchuko | — | 413 562.1009 |
| Viktor Potapov | ViktorPoteen | (413) 642-4662 |
| Tatyana Potapova | Tatu | (413) 642-4662 |
| Vyatcheslav Tsukana | Slentu | (413) 363-5952 |
| Margueerite Onea | Onea. Mettis | (413) 572-3013 |
| Sergey Kafanov | S. Kafanov | (413) 326-1136 |
| Vladimir Shorov | B Kort | (413) 562-4650 |
| Ben Shorov | BShort | (413) 796-0416 |
| Daniel Kaptyug |  | (413) 896-8738 |

| Name | Signature | Telephone |
|---|---|---|
| Natalie Kolesnik | NKorik | 413-219-4155 |
| Veronika Mayboroda | V. May | 413-885-6965 |
| Elena Korniyenko | EKorn | 413-387-5235 |
| Kristina Lysenko | Lysen | 413-642-8971 |
| Grigoriy Petrov | GPetrov | (413) 734-1094 |

| Name | Signature | Telephone |
|---|---|---|
| Viktor Lysenko | V. Lysenko | 413-297-8092 |
| Zinaida Pohelog | Z. Pohels | 413 733-0251 |
| Victoria Matuh | Victoria Matuh | 413-302-2432 |
| Nelly Korniyenko | Nelly Korniyenko | 413-313-1613 |
| Mykhailo Matuh | M. Matuh | 413 214 3876 |
| Karen Grigoryan | K.G. | 413 427-8338 |
| Tamara Grigoryan | T. Grigoryan | 413 650-3856 |
| Yuliya Yunikov | Y. Yunikov | 413 388-8329 |
| Ivan Curdov | I. Curdov | 646 404-0746 |
| Ben Ivanchenko | B. Ivanchenko | 413-363-2620 |

| Name | Signature | Telephone |
|---|---|---|
| Veniamin Nakhabenko | [signature] | (413) 568-2365 |
| Yevgeny Yermakov | [signature] | (413) 525-4618 |
| Maria Yermakov | M. Yermakov | (413) 525-4618 |
| Nina Cherdantsea | [signature] | (413) 49-29 73949-29 |
| VLADIMIR Cherdantse | [signature] | (413)-49-29 73949-29 |
| Yevgeniya Gridenko | [signature] | (413) 219-3696 |
| Daniel Gridenko | D. Gridenko | (413) 222-6291 |
| Boris Mankin | [signature] | (413) 654-2375 |
| Tatiana Mankin | Tatiana Mankin | (413) 654-2376 |
| Rita Agibalov | R. [signature] | (413) 455-3303 |
| Danil Mikhaylichuk | [signature] | (413) 561-5639 |
| Anita Mikhaylichenko | [signature] | (413) 335-7471 |
| Elena KORNIYENKO | [signature] | (413) 386-3691 |
| Lyubov Kaptyng | [signature] | (413) 568 7050 |
| Yevgeniy Yuniker | Y. Yuniker | (413) 949-31-95 |
| Valentina Lapina | V. Lapina | (413) 572-1309 |
| Larisa Ovchinnikova | L. Ovchinnikova | (415) 454-8219 |
| Vitaliy Pchelka | [signature] | (413) 250 7989 |
| David Sychev | D. Sychev | (415) 388-5113 |

| Name | Signature | Telephone |
|---|---|---|
| Mikhail Sydor | (signature) | 413-454-74-19 |
| Konstantin Nikulin | K. Nikulin | 413 788 5680 |
| Alexandr Skryagin | Alexander Skryagin | 413-838-5859 |
| Natalya Katalnikova | (signature) | 413 786 3806 |
| Igor Katalnikov | (signature) | 413 786 3806 |
| Lyudmila Shapkina | L. Shapk. | 413 733 1410 |
| Yevgeniy Shapkin | (signature) | 413 733 1410 |
| Julia Biley | (signature) | 413.230.1182 |
| Ivan Biley | (signature) | 413.364.1820 |
| Yanna Tsygnov | (signature) | (413) 949-2711 |
| Anton Nakhabenko | Anton Nakhabenko | (413) 210.8701 |
| Galina Apresyan | G. Apresyan | (413) 219-0461 |
| OLEG MERKULOV | Oleg Merkulov | 413-532-5412 |
| Yuriy M. Sychev | (signature) | 413.262-5209 |
| Galina A. Sychev | Galina | 413.262.1172 |

| Name | Signature | Telephone |
|---|---|---|
| Vitaliy Anisimov | [signature] | (413) 427-7676 |
| Nina Katykhina | [signature] | (413) 739-4016 |
| Esther Cerebrus | Cerch | (413) 592-2682 |
| Vera Amipro | [signature] | 413 355-2427 |
| Svetlana Chernogran | [signature] | 413 977 0016 |
| Aleksandr Krniyenko | [signature] | 413 386-3118 |
| Zhanna Timakov | [signature] | 860 487 4757 |
| Oksana Nozdryna | Nozdryn | 413 572 3910 |
| Galina Jonkin | [signature] | (413) 642-3446 |
| Steve Pchelka | [signature] | (413) 885-5236 |
| Vlad Kondratyev | | (413)-454-7034 |
| Liza Merkulov | [signature] | (413) 532-5412 |
| Alesya Sychev | [signature] | (413) 539-1960 |
| Andrey Okhrimenko | [signature] | 413 627 1886 |
| Ivanchenko Nafyty | Ivanchenko | (413) 363-2620 |
| Yuriy Okhrimenko | Yuriy Okhrimenko | (413)-564-6920 |
| Vasiliy Okhrimenko | V. Okhrimenko | (413) 784-3860 |

| Name | Signature | Telephone |
|---|---|---|
| Vera Dunayev? | | 1 413 736 1749 |
| Aleksey Kirychkin | | 1-413-467-1510 |
| Viktor Gerasimchuk | | (413) 348-7865 |
| Andreas Weber | Weber | 413 454 7418 |
| Olga Weber | | 413 454 8872 |
| Liliya Rotar | | (413) 562-29-89 |
| Andrei Katykhin | | (413) 330-2051 |

| Name | Signature | Telephone |
|---|---|---|
| Vlad Tsuranov | [signature] | 789-8958 |
| Andrey Kolesnic | [signature] | 413 246 2430 |
| Marina Anipilo | | 413 579-47-42 |
| Viktor Shipro | [signature] | 413 746 6849 |
| Vera Tverdokh... | [signature] | 413 594-8360 |
| Vikta Tverdokhleba | [signature] | 413 594-8360 |
| Yevgeniy Gorobinskiy | [signature] | 413-204 8236 |
| Lyubol Chemeris | L. Chemerit | 413 306-80-39 |
| Andrey Chemeris | A. Chemeris | 413 531-91-11 |
| Mikhail Chemeris | [signature] | 413-262-0620 |
| Yellena Tsinhotsap | Yuly Tsin | 413-747-5707 |
| Jessica Pchelka | [signature] | (413) 272 9118 |
| Alla Pchelka | Alla Pch.. | (413) 777 8073 |
| Andrey Pchelka | [signature] | (413) 314 8262 |
| Zhanna Botyan | 3. Botyan | (413) 313-8399 |
| Tverdokhleba Slese | [signature] | (413) 335-1040 |
| Дмитрий Нахабенко | Д. Nokhabenko | 413 827 06-02 |
| Valentina Nakhabenko | V. Nakhab.. | 413 827-06-02 |
| Denis Mikhaylidenko | [signature] | 415 265-5096 |
| Merian Konovalov | [signature] | (413) 208-1440 |
| Alexander Burlim | [signature] | (413) 5795192 |

| Name | Signature | Telephone |
|---|---|---|
| Irina Selezneva | [signature] | (203) 2090234 |
| Viktor Gorobinskiy | [signature] | (413) 330-2787 |
| Nelya Mecher | Nelya Mecher | (413) 888-8879 |
| Margarita Gorobinskiy | [signature] | (413) 330-3078 |
| Liliya Anisimov | [signature] | (413) 527-5750 |
| Vera Sidoryuk | [signature] | (413) 426 5773 |
| Vera Vasilyeva | V. Vasilyeva | (413)-732-6708 |
| Irina Alieva | [signature] | (413) 237-2427 |
| Uraia Lapsova | [signature] | (413) 733 1630 |
| Andrey Taganov | [signature] | 413 530 1134 |
| Andrey Korniyenko | [signature] | 413-219-7627 |
| Yekaterina Potapova | [signature] | 413-273-4201 |
| Olga Popov | [signature] | (413) 485-8242 |
| Lyudmila Badrak | [signature] | (413) 786 06 01 |
| Peter Kaptyug | Peter Kaptyug | (413) 896-2184 |
| Danil Sychev | DS | 413 454 9414 |
| Veronika Timakov | Veronika Timakov | (413) 203-1103 |
| Wadim Timakov | [signature] | (860) 377-7613 |
| Yana Okhrimenko | Yana Okhrim | (413) 427-7941 |
| Mikhail Okhrimenko | M.O. | (413) 297-4935 |
| Lyudmila Okhrimenko | L.Okhrimenko | (413) 297-4934 |
| Olga Senina | OlgaSenina | (413) 592-4661 |
| Alla Bunin | [signature] | (413) 519 9176 |
| Nikolay Lapin | [signature] | (413) 454-5313 |
| Elena Kandelaki | Кандеlaki E.D. | (413) 642-5556 |
| Zachary Kandelaki | Z. [signature] | (413) 426-5126 |

| Name | Signature | Telephone |
|---|---|---|
| Stepan Dragoi | [signature] | (413) 221-3715 |
| Сафонова | [signature] | 205-28-22 |
| Roman Aseyev | [signature] | (413) 364-4075 |
| Marina Aseyev | [signature] | 413-271-4221 |
| Olesya Nozdryna | [signature] | 413-572-3910 |
| Vadim Plotnikov | [signature] | 413-355-8722 |
| Yevgeniy Bazukin | [signature] | 413-568-9545 |
| Dima Tolovichenko | [signature] | 413-531-6958 |
| Kirikina Liudmila | [signature] | 413-887-13-87 |
| Морова Вероника | V.S. | 413 746-6849 |
| Veniamin Tekeuyer | [signature] | 413 568-3041 |
| Sergey Bazukin | [signature] | 413-364-4814 |
| Olesya Bazukin | [signature] | 413-896-4158 |
| Aleksey-Вера Катаелникова | [signature] | 413-786-46-68 |
| Malikova | | 788-58-03 |
| Tatsiya Carapunare | Carap | 413-388-3754 |
| Veniamin Kovryzok | [signature] | 413-977-6473 |
| Alexander Kafanov | [signature] | 413 562-2875 |
| Erma Grigoryan | Erma Grige | 413 535-3306 |
| Karina Shola | [signature] | 413 426 1868 |
| Mark Sychev | M Sychev | 413 784-3434 |

| Name | Signature | Telephone |
|---|---|---|
| Liliya Gnidenko | LGnids | 1(413) 747 15-78 |
| Igor Carapunarli | | 413 563 0979 |
| Svetlana Carapunarli | | 413 362 0510 |
| Alex Menoushditou | | 413 789-2572 |
| N. Malikov | N Malikov | 413 532-3031 |
| L. Malikov | L Malikov | 413 532-3231 |
| VLADIMIR KATYKHIN | | 739 4016 |
| Aleksey Okhrimenko | | (413) 426-5758 |
| Dmitriy Sologornii | | (413) 519-14-00 |
| Pavel Gorobinski | | (413) 244-7382 |
| Kristina Y. Gorobinskiy | | (413) 642-3732 |
| Viktor | | (413) 244-5398 |
| Daniel Pitscarenko | | (413) 454 39 19 |
| Irina Pitsurenko | | 413 330 4216 |
| Toviy Pitsureng | | (413) 562 1567 |
| Stepan Drager | | (413) 652 4957 |
| Nick Kornixenko | | (413) 386-3635 |
| Mileta Kafanov | | (413) 289-7732 |
| Dennis Ivanchenko | | (413) 335-8336 |
| Phil Bazelon | Nil Byler | (413) 355-9742 |
| Ilia Korchevskiy | | (413) 388-7867 |
| Mhn. Korchevskij | | (413)-(627)-(4329) |