LDM:TRP
F.# 2012R000103

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

VITALY KORCHEVSKY,
VLADISLAV KHALUPSKY,
LEONID MOMOTOK and
ALEXANDER GARKUSHA,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**BILL OF PARTICULARS**

15 CR 381 (RJD)

      The United States of America, by and through Kelly T. Currie, Acting United States Attorney for the Eastern District of New York, and Tanisha R. Payne, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

      The above-captioned Indictment seeks forfeiture of property pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), and Title 28, United States Code, Section 2461(c). The United States hereby gives notice that, in addition to the specific property already listed in the forfeiture allegation of the Indictment, the United States is seeking forfeiture of the following additional property:

    the real property located at 1709 Slitting Mill Road, Glen Mills, Pennsylvania 19342.

The United States reserves the right to supplement or amend this Bill of Particulars.

Dated: Brooklyn, New York
       August 25, 2015

                                              KELLY T. CURRIE
                                              Acting United States Attorney
                                              Eastern District of New York
                                              271 Cadman Plaza East
                                              Brooklyn, New York 11201

                            By:    /s/_____
                                              Tanisha R. Payne
                                              Assistant United States Attorney
                                              (718) 254-6538