

September 1, 2015

**VIA ECF**
Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Vitaly Korchevsky
                 15 Cr. 381 (RJD)

Dear Judge Dearie:

    As of today, seven of the nine required sureties have signed the bond. Those seven have also been previously interviewed by EDNY PTS and have been found suitable. The last two sureties that we would like to have sign have not yet been interviewed and reviewed by EDNY PTS. To that end, PTS is requesting direction from the court before conducting the final reviews. We respectfully request that the Court instruct EDNY PTS to conduct such reviews. Further, we assume that the court's release conditions requires us to use only sureties who are so approved. We are making this request in an effort to ensure full compliance.

    Thank you for your attention and consideration.

                                          Respectfully submitted,

                                          Sullivan & Brill, LLP

                                          By: Steven Brill, Esq.

cc: AUSA Christopher Allen Ott, *Via ECF*
    Ashley Calvi, PTSO, *Via E-mail*