## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Steven M. Gold            **DATE :**   9/4/15

**DOCKET NUMBER:**   15CR381(RJD)         **LOG #:**  11:10 – 11:20

**DEFENDANT'S NAME :**   Vitaly Korchevsky
✓ Present     ___ Not Present     ✓ Custody     ___ Bail

**DEFENSE COUNSEL :**   James Healy
___ Federal Defender    ___ CJA     ✓ Retained

**A.U.S.A:**  Chris Ott            **DEPUTY CLERK :**   Felix Chin

**INTERPRETER :** _____ (Language) _____

_____ Hearing held.   _____ Hearing adjourned to _____

✓ Defendant was released on  $ 2 million  PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

_____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

_____ Additional surety (ies) to co-signed bond by _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay entered.   Code Type____   Start_____   Stop_____

_____ Order of Speedy Trial entered.   Code Type____   Start_____   Stop_____

_____ Defendant's first appearance.   _____ Defendant arraigned on the indictment.

_____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

_____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

_____ Status conference set for _____ @ _____ before Judge _____

**OTHERS :** _____