## United States District Court, Eastern District of New York

UNITED STATES OF AMERICA

v.

Vitaly Korchevsky , Defendant.

**ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND**

Case Number: CR 15-381-01 (RJD)

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released subject to the Standard Conditions of Release on the reverse and as follows:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or

[✓] Upon **Bond** executed by the defendant in the amount of $ 3,000,000.00 , and

secured by [✓] financially responsible sureties listed below and/or [✓] collateral set forth below.
✓ secured by def'ts interest in assests that govt seized, list attached to bond.

### Additional Conditions of Release

The Court finding that release under the Standard Conditions of Release on the reverse will not by themselves reasonably assure the appearance of the defendant and/or the safety of other persons and the community, IT IS FURTHER ORDERED as follows:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: [✓] New York City; [✓] Long Island, NY; [ ] New York State; [ ] New Jersey; [ ] EDPA or as PTS and travel to and from this Court and the permitted areas.

[✓] 2. The defendant must avoid all contact with the following persons or entities: co-defts, unless in presence of counsel or atty meetings

[ ] 3. The defendant must avoid and not go to any of the following locations: _____

[✓] 4. The defendant must surrender all passports to Pretrial Services by _____ and not obtain other passports or international travel documents.

[✓] 5. The defendant is placed under the supervision of the Pretrial Services Agency subject to the Special Conditions on the reverse and:

    [✓] a. is subject to random visits by a Pretrial Services officer at defendant's residence and/or place of work;

    [✓] b. must report [✓] as directed by Pretrial Services or [ ] in person ___ times per ___ and/or [ ] by telephone ___ times per ___.

    [ ] c. must undergo [ ] testing, [ ] evaluation and/or [ ] treatment for substance abuse, including alcoholism, as directed by Pretrial Services.

    [ ] d. must undergo evaluation and treatment for mental health problems, as directed by Pretrial Services.

    [✓] e. is subject to the following location restriction program with location monitoring, as directed by Pretrial Services:

        [ ] home incarceration: restricted to home at all times, except for attorney visits, court appearances and necessary medical treatment;

        [✓] home detention: restricted to home at all times, except for attorney visits, court appearances, medical treatment, [✓] religious services, [ ] employment, [ ] school or training, [✓] other activities approved by Pretrial Services, [ ] _____

        [ ] curfew: restricted to home every day from _____ to _____, or [ ] as directed by Pretrial Services.

    [✓] Defendant must pay all or part of the cost of any required testing, evaluation, treatment and/or location monitoring with personal funds, based upon ability to pay as determined by the Court and the Pretrial Services Agency, and/ or from available insurance.

[✓] 6. Other Conditions: wife & children passport to be surrendered. & property _____ owned by Mr & Mrs Zaliuchii

### APPEARANCE BOND

I, the undersigned defendant, and each surety who signs this bond, acknowledge that I have read this Appearance Bond and, and have either read all the other conditions of release or have had those conditions explained. I further acknowledge that I and my personal representatives, jointly and severally, are bound to pay the United States of America the sum of $ 3,000,000.00 and that this obligation is secured with the below interest in the following property ("Collateral") which I represent is/are free and clear of liens except as otherwise indicated:

    [✓] cash deposited in the Registry of the Court in the sum of $ 300,000.00

    [✓] premises located at: _____ [owned by deft & wife

    [ ] I also agree to execute a confession of judgment, mortgage or lien in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____ .

Each owner of the above Collateral agrees not to sell the property, allow further claims or encumbrances to be made against it, or do anything to reduce its value while this Appearance Bond is in effect.

*Forfeiture of the Bond.* This Appearance Bond may be forfeited if the defendant fails to comply with any of the conditions set forth above and on the reverse. The defendant and any surety who has signed this form also agree that the court may immediately order the amount of the bond surrendered to the United States, including any security for the bond, if the defendant fails to comply with the above agreement. The court may also order a judgment of forfeiture against the defendant and against each surety for the entire amount of the bond, including any interest and costs.

_____ , Surety    Address: _____    Date 8/26/15

_____ , Surety    Address: _____    8-26-15

Vlad Nedeiglo , Surety    Address: _____    8-26-15

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release and of the penalties and sanctions set forth on the front and reverse sides of this form.

Release of the Defendant is hereby ordered on 9-1 20 15 . _____ Signature of Defendant

/s/ MJ Gold

_____ , US MJ

Distribution:    Canary - Court    Pink - Pretrial Services    Goldenrod - Defendant

Docket No. _CR 15 - 381- 01 (RJD)_          PAGE _2_ OF _3_

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: _Vitaly Korchevsky_          Amount of Bond:$ _2,000,000_

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to securing the bond with his/her/their interest in the property or properties described below:

| | Address | Date | Acknowledged Before |
|---|---|---|---|
| Surety: | | 8-26-15 | USMJ EM/RJD |
| Surety: | | 8/26/15 | USMJ RD/EM |
| Surety: _Sergey Agbalov_ | | 8/26/15 | USMJ RD/EM |
| Surety: | | 8/26/15 | USMJ RD/EM |
| Surety: | | | USMJ |
| Surety: | | | USMJ |

**Signed and Acknowledged by all the above sureties before me on** _____, 20_____   _____, USMJ.

The bond shall be secured by the interest of the surety in the following property or properties:

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____

ORDER SETTING CONDITIONS OF RELEASE AND BOND

USA –v- VITALY KORCHEVSKY      CR 15-381-01(RJD)

### LIST OF ASSETS

In <u>United States v. Korchevsky, et al.,</u> 15CR352 (RJD), the government has restrained the

following property as of Thursday, August 27, 2015:

      (a)    the real property and premises located at Pennsylvania 19342;

      (b)    the real property and premises located at Pennsylvania 19342;

      (c)    the real property and premises located at Pennsylvania 19342;

      (d)    the real property and premises located at 19063;

      (e)    the real property and premises located at Chichester,  Pennsylvania 19061;

      (f)    the real property and premises located at Pennsylvania; 19382;

      (g)    the real property and premises located at Pennsylvania 19380;

      (h)    the real property and premises located at 31211;

      (i)    the real property and premises located at Pennsylvania 19355;

      (j)    the real property and premises located at Pennsylvania 19320;

      (k)    the real property and premises located at Road 19342;

      (l)    all securities and funds on deposit in Pershing, LLC account Number ] held in the name of NTS capital fund, LLP;

      (m)    all funds on deposit in PNC bank account number        held in the names of Vitaly Korchevsky and Svetlana Korchevsky; and

      (n)    all securities and funds on deposit in E*trade account number        held in the names of Vitaly Korchevsky and Svetlana Korchevsky.

**United States District Court, Eastern District of New York**

UNITED STATES OF AMERICA

v.

_Vitaly Korchevsky_, Defendant.

**ORDER SETTING CONDITIONS OF RELEASE
AND APPEARANCE BOND**

Case Number: CR 15-381-01 (RJD)

**RELEASE ORDER**

It is hereby ORDERED that the above-named defendant be released subject to the Standard Conditions of Release on the reverse and as follows:

[ ]   Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or

[✓]   Upon Bond executed by the defendant in the amount of $ _2,000,000.00_ , and

secured by [✓] financially responsible sureties listed below and/or [✓] collateral set forth below.

✓ _secured by deft's interest in assets that gut seized, list attached to bond_

**Additional Conditions of Release**

The Court finding that release under the Standard Conditions of Release on the reverse will not by themselves reasonably assure the appearance of the defendant and/or the safety of other persons and the community, IT IS FURTHER ORDERED as follows:

[✓] 1.   The defendant must remain in and may not leave the following areas without Court permission:  [✓] New York City; [✓] Long Island, NY;
[ ] New York State; [ ] New Jersey; [ ] _EDPA oa as PTS_ and travel to and from this Court and the permitted areas.

[✓] 2.   The defendant must avoid all contact with the following persons or entities: _Co-defts, unless in presence
of counsel, ie. atty meetings_

[ ] 3.   The defendant must avoid and not go to any of the following locations: _____

[✓] 4.   The defendant must surrender all passports to Pretrial Services by _____ and not obtain other passports or international travel documents.

[✓] 5.   The defendant is placed under the supervision of the Pretrial Services Agency subject to the Special Conditions on the reverse and:
[✓] a.   is subject to random visits by a Pretrial Services officer at defendant's residence and/or place of work;
[✓] b.   must report [✓] as directed by Pretrial Services or [ ] in person ____ times per ____ and/or [ ] by telephone ____ times per ____.
[ ] c.   must undergo [ ] testing, [ ] evaluation and/or [ ] treatment for substance abuse, including alcoholism, as directed by Pretrial Services.
[ ] d.   must undergo evaluation and treatment for mental health problems, as directed by Pretrial Services.
[✓] e.   is subject to the following location restriction program with location monitoring, as directed by Pretrial Services:
[ ] home incarceration: restricted to home at all times, except for attorney visits, court appearances and necessary medical treatment;
[✓] home detention: restricted to home at all times, except for attorney visits, court appearances, medical treatment, [✓] religious services,
[ ] employment, [ ] school or training, [✓] other activities approved by Pretrial Services, [ ] _____
[ ] curfew: restricted to home every day from _____ to _____ , or [ ] as directed by Pretrial Services.
[✓]   Defendant must pay all or part of the cost of any required testing, evaluation, treatment and/or location monitoring with personal funds,
based upon ability to pay as determined by the Court and the Pretrial Services Agency, and/or from available insurance.

[✓] 6.   Other Conditions: _wife & children passport to be surrendered.
& property: _ _Ined by Mr & Mrs. Zaliuchij_

**APPEARANCE BOND**

I, the undersigned defendant, and each surety who signs this bond, acknowledge that I have read this Appearance Bond and, and have either read all the other conditions of release or have had those conditions explained. I further acknowledge that I and my personal representatives, jointly and severally, are bound to pay the United States of America the sum of $ _2,000,000.00_ and that this obligation is secured with the below interest in the following property ("Collateral") which I represent is/are free and clear of liens except as otherwise indicated:

[✓] cash deposited in the Registry of the Court in the sum of $ _200,000.00_ ;
[✓] premises located at: _____ owned by _deft & wife_
[ ] I also agree to execute a confession of judgment, mortgage or lien in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____ .

Each owner of the above Collateral agrees not to sell the property, allow further claims or encumbrances to be made against it, or do anything to reduce its value while this Appearance Bond is in effect.

_Forfeiture of the Bond._ This Appearance Bond may be forfeited if the defendant fails to comply with any of the conditions set forth above and on the reverse. The defendant and any surety who has signed this form also agree that the court may immediately order the amount of the bond surrendered to the United States, including any security for the bond, if the defendant fails to comply with the above agreement. The court may also order a judgment of forfeiture against the defendant and against each surety for the entire amount of the bond, including any interest and costs.

|  | Date |
|---|---|
| _Svetlana Korchevsky_ , Surety   Address: _____ | 8/26/15 |
| _____ , Surety   Address: _____ | 8-26-15 |
| _Nedgelko_ , Surety   Address: _____ | 8-26-15 |

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release and of the penalties and sanctions set forth on the front and reverse sides of this form.

_____
Signature of Defendant

Release of the Defendant is hereby ordered on _____ 20 _15_ .

_____ , US DJ

Distribution:   Canary – Court    Pink – Pretrial Services    Goldenrod – Defendant

Docket No. _CR 15-381-01 (RJD)_                          PAGE _2_ OF _3_

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: _Vitaly Korchevsky_                Amount of Bond:$ _2,000,000_

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to securing the bond with his/her/their interest in the property or properties described below:

| | Address | Date | Acknowledged Before |
|---|---|---|---|
| Surety: | | 8-26-15 | USMJ |
| Surety: | | 8/26/15 | USMJ |
| Surety: _Sergey Agbalos_ | | 8/26/15 | USMJ |
| Surety: | | 8/26/15 | USMJ |
| Surety: | | 9/3/15 | USMJ |
| Surety: | | 9/3/15 | USMJ |

Signed and Acknowledged
by all the above sureties
before me on _____, 20____    _____, USMJ.

The bond shall be secured by the interest of the surety in the following property or properties:

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____

Page 3 of 3

ORDER SETTING CONDITIONS OF RELEASE AND BOND

USA –v- VITALY KORCHEVSKY      CR 15-381-01(RJD)

### LIST OF ASSETS

In <u>United States v. Korchevsky, et al.,</u> 15CR352 (RJD), the government has restrained the

following property as of Thursday, August 27, 2015:

    (a)    the real property and premises located at
                Pennsylvania 19342;

    (b)    the real property and premises located at
                Pennsylvania 19342;

    (c)    the real property and premises located at
                Pennsylvania 19342;

    (d)    the real property and premises located at
                19063;

    (e)    the real property and premises located at
                Chichester,  Pennsylvania 19061;

    (f)    the real property and premises located at
                Pennsylvania; 19382;

    (g)    the real property and premises located at
                Pennsylvania 19380;

    (h)    the real property and premises located at
                31211;

    (i)    the real property and premises located at
                Pennsylvania 19355;

    (j)    the real property and premises located at
                Pennsylvania 19320;

    (k)    the real property and premises located at
                Road 19342;

    (l)    all securities and funds on deposit in Pershing, LLC account Number
                held in the name of NTS capital fund, LLP;

    (m)    all funds on deposit in PNC bank account number        eld in the names
                of Vitaly Korchevsky and Svetlana Korchevsky; and

    (n)    all securities and funds on deposit in E*trade account number        held in
                the names of Vitaly Korchevsky and Svetlana Korchevsky.

United States District Court, Eastern District of New York

UNITED STATES OF AMERICA

v.

Vitaly Korchevsky , Defendant.

**ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND**

Case Number: CR 15-381-01 (RJD)

**RELEASE ORDER**

It is hereby ORDERED that the above-named defendant be released subject to the Standard Conditions of Release on the reverse and as follows:

[ ]  Upon Personal Recognizance Bond on his/her promise to appear at all scheduled proceedings as required, or

[✓]  Upon Bond executed by the defendant in the amount of $ 2,000,000.00 , and

✓ secured by [✓] financially responsible sureties listed below and/or [✓] collateral set forth below.

✓ secured by deft's interest in Assets that gout suized, list attached to bond

**Additional Conditions of Release**

The Court finding that release under the Standard Conditions of Release on the reverse will not by themselves reasonably assure the appearance of the defendant and/or the safety of other persons and the community, IT IS FURTHER ORDERED as follows:

[✓]  1.   The defendant must remain in and may not leave the following areas without Court permission:  [✓] New York City; [✓] Long Island, NY; [ ] New York State; [ ] New Jersey; [ ] EDNY or As PTS___ and travel to and from this Court and the permitted areas.

[✓]  2.   The defendant must avoid all contact with the following persons or entities: Co-defts unless in presence of counsel (i.e. atty meetings)

[ ]  3.   The defendant must avoid and not go to any of the following locations: _____

[✓]  4.   The defendant must surrender all passports to Pretrial Services by ____ and not obtain other passports or international travel documents.

[✓]  5.   The defendant is placed under the supervision of the Pretrial Services Agency subject to the Special Conditions on the reverse and:

[✓] a.  is subject to random visits by a Pretrial Services officer at defendant's residence and/or place of work;

[✓] b.  must report [✓] as directed by Pretrial Services or [ ] in person ___ times per ___ and/or [ ] by telephone ___ times per ___

[ ] c.  must undergo [ ] testing, [ ] evaluation and/or [ ] treatment for substance abuse, including alcoholism, as directed by Pretrial Services.

[ ] d.  must undergo evaluation and treatment for mental health problems, as directed by Pretrial Services.

[✓] e.  is subject to the following location restriction program with location monitoring, as directed by Pretrial Services:

[ ] home incarceration: restricted to home at all times, except for attorney visits, court appearances and necessary medical treatment;

[✓] home detention: restricted to home at all times, except for attorney visits, court appearances, medical treatment, [✓] religious services, [ ] employment, [ ] school or training, [✓] other activities approved by Pretrial Services, [ ] _____

[ ] curfew: restricted to home every day from ____ to ____, or [ ] as directed by Pretrial Services.

[✓] Defendant must pay all or part of the cost of any required testing, evaluation, treatment and/or location monitoring with personal funds, based upon ability to pay as determined by the Court and the Pretrial Services Agency, and/or from available insurance.

[✓]  6.   Other Conditions: Wife & children passport to be surrendered.
& property.            ned by MR & MRS. Zaluchii
_____ **APPEARANCE BOND**

I, the undersigned defendant, and each surety who signs this bond, acknowledge that I have read this Appearance Bond and, and have either read all the other conditions of release or have had those conditions explained. I further acknowledge that I and my personal representatives, jointly and severally, are bound to pay the United States of America the sum of $ 2,000,000.00 and that this obligation is secured with the below interest in the following property ("Collateral") which I represent is/are free and clear of liens except as otherwise indicated:

[✓] cash deposited in the Registry of the Court in the sum of $ 200,000.00

[✓] premises located at: _____ owned by deft & wife

[ ] I also agree to execute a confession of judgment, mortgage or lien in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____

Each owner of the above Collateral agrees not to sell the property, allow further claims or encumbrances to be made against it, or do anything to reduce its value while this Appearance Bond is in effect.

*Forfeiture of the Bond.* This Appearance Bond may be forfeited if the defendant fails to comply with any of the conditions set forth above and on the reverse. The defendant and any surety who has signed this bond also agree that the court may immediately order the amount of the bond surrendered to the United States, including any security for the bond, if the defendant fails to comply with the above agreement. The court may also order a judgment of forfeiture against the defendant and against each surety for the entire amount of the bond, including any interest and costs.

| | | |
|---|---|---|
| _Svetlana Korolova_ , Address: _____ | Date 8/26/15 |
| Surety | |
| _____ , Address: _____ | 8-26-15 |
| Surety | |
| _Vlad Nedsopka_ , Address: _____ | 8-26-15 |
| Surety | |

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release and of the penalties and sanctions set forth on the front and reverse sides of this form.

X _____
Signature of Defendant

Release of the Defendant is hereby ordered on _____, 20 15.

_____, US DJ

Distribution:  Canary - Court   Pink - Pretrial Services   Goldenrod - Defendant

Docket No. _CR 15-381-01 (RJD)_        PAGE _2_ OF _3_

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: _Vitaly Korchevsky_        Amount of Bond: $ _2,000,000_

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to securing the bond with his/her/their interest in the property or properties described below:

|  | Address | Date | Acknowledged Before |
|---|---|---|---|
| _[signature]_ Surety: |  | 8-26-15 | USMJ |
| _[signature]_ Surety: |  | 8/26/15 | USMJ |
| _Segay Agbalor_ Surety: |  | 8/26/15 | USMJ |
| _[signature]_ Surety: |  | 8/26/15 | USMJ |
| _[signature]_ Surety: |  | 4.3.15 | USMJ |
| _Svetlana Korchevsky_ Surety: |  | 9/3/15 | USMJ |

Signed and Acknowledged
by all the above sureties
before me on _September 3rd_ , 20 _15_        _[signature]_        USMJ,
Deputy

The bond shall be secured by the interest of the surety in the following property or properties:

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____

ORDER SETTING CONDITIONS OF RELEASE AND BOND

USA –v- VITALY KORCHEVSKY     CR 15-381-01(RJD)

LIST OF ASSETS

In <u>United States v. Korchevsky, et al</u>., 15CR352 (RJD), the government has restrained the

following property as of Thursday, August 27, 2015:

(a)   the real property and premises located at
      Pennsylvania 19342;

(b)   the real property and premises located at :
      Pennsylvania 19342;

(c)   the real property and premises located at '
      Pennsylvania 19342;

(d)   the real property and premises located at !
      19063;

(e)   the real property and premises located at :
      Chichester, Pennsylvania 19061;

(f)   the real property and premises located at ¢
      Pennsylvania; 19382;

(g)   the real property and premises located at 1
      Pennsylvania 19380;

(h)   the real property and premises located at 1
      31211;

(i)   the real property and premises located at 1
      Pennsylvania 19355;

(j)   the real property and premises located at 1
      Pennsylvania 19320;

(k)   the real property and premises located at 1
      Road 19342;

(l)   all securities and funds on deposit in Pershing, LLC account Number
      held in the name of NTS capital fund, LLP;

(m)   all funds on deposit in PNC bank account number 1         eld in the names
      of Vitaly Korchevsky and Svetlana Korchevsky; and

(n)   all securities and funds on deposit in E*trade account number         held in
      the names of Vitaly Korchevsky and Svetlana Korchevsky.

AO 100 (7/93) Agreement to Forfeit Property

# United States District Court

_Eastern_ **DISTRICT OF** _PA_

UNITED STATES OF AMERICA

v.

Vitaly Korchevsky
_Defendant_

**AGREEMENT TO FORFEIT PROPERTY**

Case Number: 15-cr-381-0

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c)(1)(B)(xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

and there has been posted with the court the following indicia of my/our ownership of the property:

Deed

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant  Vitaly Korchevsky
(name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on  9/3/15   at   EDPA
                              (date)              (place)

Defendant X _____   Address _____

Owner(s) Svitlana Korchevsky   Address _____

Obligor(s) X _____   Address _____

                                              Address _____

Signed and acknowledged before me on   9/3/15
                                         (date)

Approved: _____        _____
            (Judicial Officer)            (Judicial Officer/Clerk)

AO 100 (7/93) Agreement to Forfeit Property

# United States District Court

Eastern **DISTRICT OF** PA

UNITED STATES OF AMERICA

V.

_Vitaly Korchevsky_
Defendant

**AGREEMENT TO FORFEIT PROPERTY**

Case Number: 15-cr-381-01

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c)(1)(B)(xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

and there has been posted with the court the following indicia of my/our ownership of the property:

Deed

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant _Vitaly Korchevsky_ (name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on __9/3/15__ at __EDPA__
(date) (place)

X Defendant _____ Address ___
Owner(s)/ _Zalivchii Peter Zalivchii_ Address ___
Obligor(s) _Galina Zalivchii_ Address __

Address ___

Signed and acknowledged before me on __9/3/15__
(date)

_____
(Judicial Officer/Clerk)

Approved: _____
(Judicial Officer)







**United States District Court, Eastern District of New York**

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND** |
| V. | |
| _Vitaly Korchevsky_ , Defendant. | Case Number: CR 15-381-01 (RJD) |

**RELEASE ORDER**

It is hereby ORDERED that the above-named defendant be released subject to the Standard Conditions of Release on the reverse and as follows:

[ ] Upon Personal Recognizance Bond on his/her promise to appear at all scheduled proceedings as required, or

[✓] Upon Bond executed by the defendant in the amount of $ _2,000,000.00_ , and

✓ secured by [✓] financially responsible sureties listed below and/or [✓] collateral set forth below.

✓ secured by def't's interest in assets that got seized, list attached to bond

**Additional Conditions of Release**

The Court finding that release under the Standard Conditions of Release on the reverse will not by themselves reasonably assure the appearance of the defendant and/or the safety of other persons and the community, IT IS FURTHER ORDERED as follows:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: [✓] New York City; [✓] Long Island, NY; [ ] New York State; [ ] New Jersey; [ ] _EDPA or as PTS_ and travel to and from this Court and the permitted areas.

[✓] 2. The defendant must avoid all contact with the following persons or entities: _Co-deft's, unless in presence of counsel, i.e. atty meetings_

[ ] 3. The defendant must avoid and not go to any of the following locations:

[✓] 4. The defendant must surrender all passports to Pretrial Services by _____ and not obtain other passports or international travel documents.

[✓] 5. The defendant is placed under the supervision of the Pretrial Services Agency subject to the Special Conditions on the reverse and:

  [✓] a. is subject to random visits by a Pretrial Services officer at defendant's residence and/or place of work;

  [✓] b. must report [✓] as directed by Pretrial Services or [ ] in person ___ times per ___ and/or [ ] by telephone ___ times per ___

  [ ] c. must undergo [ ] testing, [ ] evaluation and/or [ ] treatment for substance abuse, including alcoholism, as directed by Pretrial Services.

  [ ] d. must undergo evaluation and treatment for mental health problems, as directed by Pretrial Services.

  [✓] e. is subject to the following location restriction program with location monitoring, as directed by Pretrial Services:

    [ ] home incarceration: restricted to home at all times, except for medical treatment, court appearances and necessary medical treatment;

    [✓] home detention: restricted to home at all times, except for attorney visits, court appearances, medical treatment, [✓] religious services, [ ] employment, [ ] school or training, [✓] other activities approved by Pretrial Services, [ ]

    [ ] curfew: restricted to home every day from ___ to ___ or [ ] as directed by Pretrial Services.

[✓] Defendant must pay all or part of the cost of any required testing, evaluation, treatment and/or location monitoring with personal funds, based upon ability to pay as determined by the Court and the Pretrial Services Agency, and/ or from available insurance.

[✓] 6. Other Conditions: _wife & children passport to be surrendered._ & property:

_- owned by MR & MRS Zalivchii_

I, the undersigned defendant, and each surety who signs this bond, acknowledge that I have read this Appearance Bond and, and have either read all the other conditions of release or have had those conditions explained. I further acknowledge that I and my personal representatives, jointly and severally, are bound to pay the United States of America the sum of $ _2,000,000.00_ and that this obligation is secured with the below interest in the following property ("Collateral") which I represent is/are free and clear of liens except as otherwise indicated:

[✓] cash deposited in the Registry of the Court in the amount of $ _200,000.00_

[✓] premises located at: _____ owned by _deft & wife_

[ ] I also agree to exec _____ rm approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities of record.

Each owner of the above Collateral agrees not to sell the property, allow further claims or encumbrances to be made against it, or do anything to reduce its value while this Appearance Bond is in effect.

_Forfeiture of the Bond._ This Appearance Bond may be forfeited if the defendant fails to comply with any of the conditions set forth above and on the reverse. The defendant and any surety who has signed this form also agree that the court may immediately order the amount of the bond surrendered to the United States, including any security for the bond, if the defendant fails to comply with the above agreement. The court may also order a judgment of forfeiture against the defendant and against each surety for the entire amount of the bond, including any interest and costs.

| | | | |
|---|---|---|---|
| _Svetlana Korchevsky_ Surety | Address: | | 8/26/15 |
| _____ Surety | Address: | | 8-26-15 |
| _Vlad Nedogibov_ Surety | Address: | | 8-26-15 |

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release and of the penalties and sanctions set forth on the front and reverse sides of this form.

                         X _____

                                          Signature of Defendant      Date

Release of the Defendant is hereby ordered on _____, 20 _15_

_____, U.S. D.J

Distribution:   Canary - Court    Pink - Pretrial Services    Goldenrod - Defendant

Docket No. _CR 15 - 381-01 (RJD)_          PAGE _2_ OF _3_

## ORDER SETTING CONDITIONS OF RELEASE AND BOND

Defendant: _Vitaly Korchevsky_          Amount of Bond:$ _2,000,000_

Each of the following additional surety or sureties acknowledges and agrees to pay the bond on the first
page of this Order Setting Conditions of Release and Bond and, to the extent indicated below, to
securing the bond with his/her/their interest in the property or properties described below:

| Surety | Address | Date | Acknowledged Before |
|---|---|---|---|
| | | 8-26-15 | USMJ |
| | | 8/24/15 | USMJ |
| | | 8/26/15 | USMJ |
| | | 8/26/15 | USMJ |
| | | 9.3.15 | USMJ |
| Svetlana Korchevsky | | 9/3/15 | USMJ |

Signed and Acknowledged
by all the above sureties
before me on _September 3rd_ , 20_15_          USMJ.
Deputy

The bond shall be secured by the interest of the surety in the following property or properties:

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____

Premises located at : _____

Owned by : _____

Page 3 of 3

ORDER SETTING CONDITIONS OF RELEASE AND BOND

USA –v- VITALY KORCHEVSKY      CR 15-381-01(RJD)

LIST OF ASSETS


In <u>United States v. Korchevsky, et al.</u>, 15CR352 (RJD), the government has restrained the

following property as of Thursday, August 27, 2015:

    (a)    the real property and premises located a
Pennsylvania 19342;

    (b)    the real property and premises located a
Pennsylvania 19342;

    (c)    the real property and premises located a
Pennsylvania 19342;

    (d)    the real property and premises located a
19063;

    (e)    the real property and premises located at
Chichester, Pennsylvania 19061;

    (f)    the real property and premises located at
Pennsylvania; 19382;

    (g)    the real property and premises located at
Pennsylvania 19380;

    (h)    the real property and premises located at
31211;

    (i)    the real property and premises located at
Pennsylvania 19355;

    (j)    the real property and premises located at
Pennsylvania 19320;

    (k)    the real property and premises located at
Road 19342;

    (l)    all securities and funds on deposit in Pershing, LLC account Number
held in the name of NTS capital fund, LLP;

    (m)    all funds on deposit in PNC bank account number    held in the names
of Vitaly Korchevsky and Svetlana Korchevsky; and

    (n)    all securities and funds on deposit in E*trade account number    held in
the names of Vitaly Korchevsky and Svetlana Korchevsky.

AO 100 (7/83) Agreement to Forfeit Property

# United States District Court

_____ Eastern _____ DISTRICT OF _____ PA _____

UNITED STATES OF AMERICA

v.

Vitaly Korchevsky
<u>Defendant</u>

**AGREEMENT TO FORFEIT PROPERTY**

Case Number: 15-cr-381-0

    I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c)(1)(B)(xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

and there has been posted     Deed     property:

    I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

    The conditions of this agreement are that the defendant _____ Vitaly Korchevsky _____
<u>(name)</u>

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

    It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

    If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on _____ 9/3/15 _____ at _____ EDPA _____
                                      <u>(date)</u>                     <u>(place)</u>

Defendant X _____          Address _____

Owner(s) Svetlana Korchevsky          Address _____

Obligor(s) X _____          Address _____

                                          Address _____

Signed and acknowledged before me on _____ 9/3/15 _____
                                                    <u>(date)</u>

Approved: _____
           <u>(Judicial Officer)</u>                                 <u>(Judicial Officer/Clerk)</u>

AO 100 (7/83) Agreement to Forfeit Property

# United States District Court

Eastern DISTRICT OF PA

UNITED STATES OF AMERICA

v.

Vitaly Korchevsky
*Defendant*

**AGREEMENT TO FORFEIT PROPERTY**

Case Number: 15-cr-381-01

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c)(1)(B)(xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

and there has been posted with the court the following indicia of my/our ownership of the property:

Deed

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant Vitaly Korchevsky
*(name)*

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on 9/3/15         at EDPA
                          *(date)*                *(place)*

X Defendant _____     Address _____

Owner(s)/ Zalivchii Peter Zalivchii     Address _____

Obligor(s) Gina Z — Galina Zalivchii   Address _____

                                        Address _____

Signed and acknowledged before me on 9/3/15
                                                    *(date)*

Approved: _____              _____
              *(Judicial Officer)*                  *(Judicial Officer/Clerk)*







FILE NUMBER: D340126DC
Folio #19000026402

**COMMONWEALTH LAND**
**TITLE INSURANCE COMPANY**

RD BK02447-0046
2002057387    05/51/2002 03:09:49 PM.1
RCD FEE: $43.00 POL SUS TAX: $8,000.00 ST TAX: $8,000.00

**Trident Land Transfer Company**
431 West Lancaster Avenue
Devon, Pa.  19333-1509

18-EDGMONT $8,000.00        THOMAS J. JUDGE $3, 800

**DEED**

# This Indenture Made this 6 day of May , 2002

Between **LEONARD J. BUBRI** and **DENISE L. BUBRI,** (hereinafter called the Grantors)

### VITALY KORCHEVSKY and SVETLANA KORCHEVSKY,
(hereinafter called the Grantees)

Witnesseth That the said Grantors for and in consideration of the sum of **Six Hundred Thousand ($600,000.00)** Dollars lawful money of the United States of America, unto them well and truly paid by the said Grantees, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, have granted, bargained and sold, released and confirmed, and by these presents do grant, bargain and sell, release and confirm unto the said Grantees, their heirs and assigns, as tenants by the entirety.

## SEE EXHIBIT "A"

Together with all and singular the improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in any wise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of the said Grantors, as well at law as in equity, of, in, and to the same.

To have and to hold the said lot or piece of ground above described with the improvements, hereditaments and premises hereby granted, or mentioned, and intended so to be, with the appurtenances, unto the said Grantees, their heirs and assigns, to and for the only proper use and behoof of the said Grantees, , their heirs and assigns, forever.

**(SPECIAL WARRANTY)**

And the said Grantors do by these presents, covenant, grant and agree, to and with the said Grantees, , their heirs and assigns that the said Grantors all and singular the Hereditaments and premises herein above described and granted, or mentioned and intended so to be with the Appurtenances unto the said Grantees, , their heirs and assigns, against the said Grantors and against all and every Person or Persons whomsoever lawfully claiming or to claim the same or any part thereof, by from, or under them or any of them, shall and will WARRANT and forever DEFEND.

OR

**(TRUSTEES' WARRANTY)**

And the said Grantors do covenant, promise and agree, to and with the said Grantees  , their heirs and assigns, by these presents, that  the said Grantors has/have not done, committed or knowingly or willingly suffered to be done or committed, any act, matter or thing whatsoever whereby the premises hereby granted, or any part thereof, is, are, shall or may be impeached, charged or incumbered, in title, charge, estate, or otherwise howsoever.

Order No: D340126DC

Description and Recital

EXHIBIT "A"

FILE NUMBER: D340126DC
Folio #19000026402

Trident Land Transfer Company
431 West Lancaster Avenue
Devon, Pa. 19333-1508

In Witness Whereof, the said Grantors has/have caused these presents to be duly executed dated the day and year first above written.

Sealed and Delivered
IN THE PRESENCE OF US:

_____
LEONARD J. BUBRI

_____
DENISE L. BUBRI

COMMONWEALTH OF PENNSYLVANIA )
COUNTY OF Delaware )

On this, the 6 day of May ,A.D. , before me, a notary public the undersigned officer, personally appeared LEONARD J. BUBRI and DENISE L. BUBRI known to me (or satisfactorily proven) to be the persons whose names is (are) subscribed to the within instrument, and acknowledged that they executed the same for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

My Commission Expires: 3-19-05

_____
Notary Public

NOTARIAL SEAL
Pamela L. Wawroszko, Notary Public
Concord Twp., Delaware County, PA
My Commission Expires March 19, 2005

The address of the above named Grantee(s) is:
1709 SLITTING MILL ROAD, GLEN MILLS, PA 19342

Certified by: _____

FILE NUMBER: D340126DC
Folio #19000026402

Trident Land Transfer Company
431 West Lancaster Avenue
Devon, Pa.  19333-1509

# DEED

## LEONARD J. BUBRI and DENISE L. BUBRI

## TO

## VITALY KORCHEVSKY and SVETLANA KORCHEVSKY



I, THOMAS J. JUDGE, SR., Recorder of Deeds
in and for the County of Delaware and State of
Pennsylvania, do hereby certify that this is a
true and correct copy as full and entire as
appears on the Record of this Office.
Deed ................ Book 2447 ........ Page 45
WITNESS my hand and seal this
24 ........ day of August A.D. 2015

Recorder of Deeds

Prepared by and Return to:

Whitford Land Transfer Company
403 West Lincoln Highway
Exton, PA 19341
Phone: 610-363-4935  Fax: 610-363-4938

File No. 24246

UPI # 44-00-00260-00

**This Indenture,** made the 30th day of December, 2014,

**Between**

      ANTHONY BELLAPIGNA

                       (hereinafter called the Grantor), of the one part, and

      PETER P. ZALIVCHII AND GALINA A. ZALIVCHII

                       (hereinafter called the Grantees), of the other part,

**Witnesseth,** that the said Grantor for and in consideration of the sum of **Three Hundred Forty Thousand And 00/100 Dollars ($340,000.00)** lawful money of the United States of America, unto him well and truly paid by the said Grantees, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released and confirmed, and by these presents does grant, bargain and sell, release and confirm unto the said Grantees, as tenants by the entirety

Prepared by :

Whitford Land Transfer
403 West Lincoln Highway
Exton PA 19341
Phone 610-363-4935

Return to:

Whitford Land Transfer
403 West Lincoln Highway
Exton PA 19341
Phone 610-363-4935

RD BK05589-2173                                      DY-DEED
2016000908    01/07/2016 10:37:40 AM:1
RCD FEE: 396.50 POL SUB TAX: $3,400.00 ST TAX: $3,400.00

DELAWARE
COUNTY

44-THORNBURY $3,400.00              THOMAS J.JUDGE SR. $100

Sale Price: $
Local Transf
State Transfer Tax

                                      **DEED**

**Grantor:** Anthony Bellapigna

**Grantee:** Peter P. Zalivchii and Galina A. Zalivchii

**Check Number** _____   **Date** _____

I, THOMAS J. JUDGE, SR., Recorder of Deeds
in and for the County of Delaware and State of
Pennsylvania, do hereby certify that this is a
true and correct copy of a deed entire as
appears on the record in this office.

Deed      Book 5589      Page 2173

In testimony whereof I this

20   day of   August   A.D.   2015

_Thomas J. Judge Sr._
                        Recorder of Deeds



**Suretor Declaration**
**United States Pretrial Services Agency**
**Eastern District of New York**

Name of Defendant: _____ Docket #: _____ Name of Case Officer: _____

Name of Suretor: PETER ZALIVCHII   How long has suretor known the defendant: 25

Relationship to Defendant: SON-IN-LAW

Suretor's address and telephone number:

Length of time at residence: 1 YR   Suretor's Social Security:

Suretor's Date of Birth: _____ Place of Birth:

Martial Status: M   Number of Dependents: 1

Citizenship: USA   If an alien, provide Registration Number:

Length of time in the United States: 26   When naturalized? Where?: 1994 VIRGINIA BEACH

Name of Employer:

Address and Telephone

VIRS

Job Title: _____   Full-time or Part-time

Length of time at employment: 15 YEARS   Annual salary: _

List any additional employment and salary: N/A

Address of property being posted as collateral: _____

Market value of property: $ _____   Mortgage or loans against property:

Are you the sole owner of the property?: No   List other owners of property: _____

GALINA ZALIVCHII

Other savings or assets to be posted: N/A

Have your ever filed for or are you currently in bankruptcy proceedings?: ☐ Yes  ☑ No

If yes, explain (include date of filing, type of filing, court, and amount): _____

Have you ever been convicted of a crime (include misdemeanors and felonies)?: N/A

If yes, explain (include date of arrest, charge, court and disposition): _____

I understand that providing false written or verbal information to a Pretrial Services Officer is a violation of Title 18 USC Section 1001, and could result in prosecution by the United States Attorney's Office.

Signature of Suretor: Zalivchii   Date 8/22/15

Signature of Officer: _____   Date

The precise residence and the complete post office
address of the above-named Grantees is:

_Greece_

On behalf of the Grantees

Being the same premises which Lynn S. Voss by Deed dated 8/12/2004 and recorded in Delaware County in book 3272 page 841, granted and conveyed unto Anthony Bellapigna

**Together with** all and singular the buildings and improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in anywise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of him, the said grantor, as well at law as in equity, of, in and to the same.

**To have and to hold** the said lot or piece of ground described above, with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantees, their heirs and assigns, to and for the only proper use and behoof of the said Grantees, their heirs and assigns, forever.

**And** the said Grantor, for himself and his heirs, executors and administrators, does, by these presents, covenant, grant and agree, to and with the said Grantees, their heirs and assigns, that he, the said Grantor, and his heirs, all and singular the hereditaments and premises herein described and granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantees, their heirs and assigns, against him, the said Grantor, and his heirs, will warrant and defend against the lawful claims of all persons claiming by, through or under the said Grantor but not otherwise.

**In Witness Whereof,** the party of the first part has hereunto set his hand and seal. Dated the day and year first above written.

**Sealed and Delivered**
IN THE PRESENCE OF US:

_____          _____          {SEAL}
                                          Anthony Bellapigna

Commonwealth of Pennsylvania  } ss
County of Delaware

On this, the 30th day of December, 2014, before me, Carol J. Calsin, the undersigned Notary Public, personally appeared **Anthony Bellapigna**, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
My commission expires _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Carol J. Calsin, Notary Public
West Whiteland Twp., Chester County
My Commission Expires Nov. 12, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                          Plaintiff,

                     ·against·

VITALY KORCHEVSKY

                        Defendant.

Ind.#: 15 Cr. 381

**ORDER**

IT IS HEARBY ORDERED, that the clerks of the Eastern District of Pennsylvania  follow their stated policies and procedures in order to facilitate the use of properties to secure the Mr. Korchevsky's bail bond  in connection with my bail order dated August 26, 2015.

Dated: New York, New York
      August 28, 2015
          31

                   /s/ Judge Raymond J. Dearie

                   SO ORDERED

August 28, 2015

VIA ECF
Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Vitaly Korchevsky
       15 Cr. 381 (RJD)

Dear Judge Dearie:

  We have be told by the EDPA court clerks that for them to begin to work on accepting both PA properties that your Honor required to secure Mr. Korchevsky's bond, they require an Order for this Court. It is respectfully requested that your Honor sign the enclosed Order so that we can begin to comply with the rules of the EDPA in satisfying this component of Mr. Korchevsky's bail.

  Thank you for your attention and consideration.

         Respectfully submitted,

         Sullivan & Brill, LLP

         _____
         By: Steven Brill, Esq.

cc: AUSA Christopher Allen Ott, *Via ECF*
  Ashley Calvi, PTSO, *Via ECF*