

September 21, 2015

VIA ECF
Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    United States v. Vitaly Korchevsky
                15 Cr. 381 (RJD)

Dear Judge Dearie:

    Mr. Korchevsky is presently out on bail and on home detention in the EDPA. In light of his capacity as president of the East Coast Slavic Baptist Union, he wishes to attend their annual conference in Charlotte, NC. Representatives of 33 churches are scheduled to attend. If permitted, he would leave Pennsylvania on Friday, September 25th and return Sunday, September 27th. It is therefore our respectful request that Mr. Korchevsky be permitted to attend this conference.

    AUSA Christopher Nasson and EDPA PTS Officer Phillip Harris have no objection to this request.

    Thank you for your attention and consideration.

    Respectfully submitted,

    Sullivan & Brill, LLP

    By: Steven Brill, Esq.