UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA                    15-CR-381 (RJD)

   -against-

LEONID MOMOTOK, *et al.*                    ADMISSION TO PRACTICE
                                            *PRO HAC VICE*

       Defendant.
-----------------------------------------------------------X

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Linda Moreno, is permitted to argue or try this particular case in whole or in part as counsel for defendant Leonid Momotok. This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

Dated: 9/29/15

/s/ Judge Raymond J. Dearie
_____
Hon. Raymond J. Dearie
United States District Judge

Cc: Pro Hac Vice Attorney
    Court File