

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

October 29, 2015


<u>VIA ECF</u>
Honorable Raymond J.  Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:   <u>United States v. Vitaly Korchevsky</u>
               15 Cr. 381 (RJD)

Dear Judge Dearie:

A status conference is presently scheduled for Friday, November 13th, 2015. For the following reasons, I respectfully request an adjournment of this conference until any date in the week of January 4th.

First, I am scheduled to begin a trial in the SDNY before the Honorable Allison Nathan on November 2, 2015 in the matter of <u>United States v. Steven Rawlins</u>, 15 Cr. 377.  The trial is predicted to last three weeks, which will conflict with our November 13th date.

In addition, and perhaps more relevant, the government has not yet exchanged any Rule 16 material.  I have spoken to AUSA Nasson who informs me that the Rule 16 material is extremely voluminous and they are making efforts to provide that to defense counsel within a month.  Without possession of the Rule 16 material by the conference date, it would be difficult for defense counsel to advise the Court of how much time we need to review the material and what motions we expect to file.  It is also worth noting that Mr. Froelich, who represents Mr. Alexander Garkusha, travels from Atlanta in order to attend any court appearance.

I have spoken to all defense counsel and they join in my request.  Given their trial and travel schedules, an early January date was the most practical.  I have also spoken with AUSA Nasson and he has no objection to this request.

Thank you for your attention and consideration.

Respectfully submitted,

Sullivan & Brill, LLP

_____

By: Steven Brill, Esq.