**LINDA MORENO**
Attorney at Law

| | | |
|---|---|---|
| POST OFFICE BOX 10985 | | OFFICE (813) 247-4500 |
| TAMPA, FLORIDA 33679 | | CELL    (813) 486-6165 |
| lindamoreno.esquire@gmail.com | | FAX     (855) 725-7454 |

2 November 2015

<u>VIA ECF</u>
Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Leonid Momotok, et al.*
15 Cr. 381 (RJD)

Dear Judge Dearie:

I represent Leonid Momotok in the above referenced matter. Counsel for codefendant, Vitaly Korchevsky, has submitted a request to adjourn the currently scheduled status conference on November 13, 2015, *Doc.* 47. I join in counsel's request and I don't oppose excluding time until January 8, 2016, which I've been informed is the proposed new date. I also don't oppose this Court's previous determination to exclude time due to the complexity of the case.

Respectfully submitted,

/s/ *Linda Moreno*
Linda Moreno, Esquire
Attorney for Leonid Momotok

cc: *Via ECF*
    AUSA Christopher Nasson
    Steven Brill Esquire
    Jerome Froelich