WILLIAM J. MCKENNEY (GA & NY)
JEROME J. FROELICH, JR. (GA & NJ)

MCKENNEY & FROELICH
ATTORNEYS AT LAW
1360 PEACHTREE STREET
ONE MIDTOWN PLAZA, SUITE 910
ATLANTA, GEORGIA 30309
www.mckenneyfroelichlaw.com

TELEPHONE
(404) 881-1111
FACSIMILE
(404) 881-8040

November 3, 2015

**VIA ECF**

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        RE: *United States v. Alexander Garkusha et al*
           Case Number 15-cr-00381-RJD

Dear Judge Dearie:

  I represent Mr. Alexander Garkusha in the above referenced matter. Counsel for co-defendant, Vitaly Korchevsky, had submitted a request to adjourn the currently scheduled status conference on November 13, 2015, Doc. 47. I join in counsel's request and I do not oppose excluding time until January 8, 216, which I've been informed is the proposed new date. I also do not oppose this Court's previous determination to exclude time due to the complexity of the case.

                Respectfully submitted,

                Jerome J. Froelich, Jr.
                Attorney for Alexander Garkusha

JJF/apk

CC: Via ECF
   AUSA Christopher Nasson
   Steven Brill, Esq.
   Linda Moreno, Esq.