MCKENNEY & FROELICH
ATTORNEYS AT LAW

WILLIAM J. MCKENNEY (GA & NY)
JEROME J. FROELICH, JR. (GA & NJ)

1360 PEACHTREE STREET
ONE MIDTOWN PLAZA, SUITE 910
ATLANTA, GEORGIA 30309
www.mckenneyfroelichlaw.com

TELEPHONE
(404) 881 - 1111
FACSIMILE
(404) 881 - 8040

November 9, 2015

**VIA ECF**

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> RE:   *United States v. Alexander Garkusha et al*
>        *Case Number 15-cr-00381-RJD*

Dear Judge Dearie:

This is to confirm that my client, Alexander Garkusha, entered a plea of not guilty and made bond in the Northern District of Georgia on August 31, 2015. This is also to confirm that I and my client agree that the time between his entering his plea of not guilty plea and his first appearance in the Eastern District of New York in January 2016 is excludable time under the Speedy Trial Act. We agree also that this case should be designated as a complex case.

Respectfully submitted,

Jerome J. Froelich, Jr.
Attorney for Alexander Garkusha

JJF/apk

CC:   Via ECF
       AUSA Christopher Nasson
       Steven Brill, Esq.
       Linda Moreno, Esq.