```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK

------------------------------X
                              :
UNITED STATES OF AMERICA,     :
                              :      15-CR-381 (RKD)
        v.                    :
                              :      August 20, 2015
VITALY KORCHEVSKY,            :
                              :      Brooklyn, New York
              Defendant.      :
                              :
------------------------------X


    TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
         BEFORE THE HONORABLE JAMES ORENSTEIN
            UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Government:          KELLY T. CURRIE, ESQ.
                             UNITED STATES ATTORNEY
                             BY: CHRISTOPHER OTT, ESQ.
                             ASSISTANT U.S. ATTORNEY
                             271 Cadman Plaza East
                             Brooklyn, New York  11201


For the Defendant:           STEVEN BRILL, ESQ.



Audio Operator:


Court Transcriber:           ARIA SERVICES, INC.
                             c/o Elizabeth Barron
                             102 Sparrow Ridge Road
                             Carmel, NY 10512
                             (845) 260-1377



Proceedings recorded by electronic sound recording,
transcript produced by transcription service
```

```
 1              THE CLERK:  Criminal cause for status
 2   conference, 15-CR-381, United States v. Vitaly
 3   Korchevsky.
 4              Counsel, state your appearances.
 5              MR. OTT:  Good afternoon, your Honor.
 6   Christopher Ott on behalf of the United States.
 7              THE COURT:  Good afternoon.
 8              MR. BRILL:  Sullivan & Brill by Steven Brill
 9   for Vitaly Korchevsky.
10              THE COURT:  Good afternoon.
11              MR. BRILL:  How are you, your Honor.
12              THE COURT:  Very well, thanks.  How are you?
13              MR. BRILL:  I'm doing fine, thank you.
14              THE COURT:  Are you Mr. Korchevsky?
15              THE DEFENDANT:  Yes.
16              THE COURT:  Good afternoon, sir.
17              THE DEFENDANT:  Good afternoon.
18              THE COURT:  I understand Mr. Korchevsky has
19   already been arraigned on the indictment, or has he?
20              MR. OTT:  He was arraigned in the Eastern
21   District of Pennsylvania, your Honor.
22              THE COURT:  Okay.
23              MR. OTT:  And we have a next date for
24   Wednesday, August 26th, at 10:00 a.m.  We have a bail
25   hearing set for that time.  Otherwise, I think we're
```

```
 1  ready to proceed.
 2              THE COURT:  Okay.
 3              MR. BRILL:  Obviously, given that, your
 4  Honor, I'll reserve our right to make that bail
 5  application before Judge Dearie on Wednesday.  As you
 6  can see, the Pretrial Services reports from both
 7  Pennsylvania and New York do suggest release but for
 8  Judge Dearie's order.  Obviously, we won't engage in
 9  any argument today.
10              THE COURT:  Of course.  Before I address
11  that, I understand you want to have an order of
12  excludable delay between now and the 26th.
13              MR. OTT:  That's right.
14              THE COURT:  Mr. Korchevksy, normally, once
15  you've entered your plea, the government would have 70
16  days to start your trial, and the lawyers think we
17  shouldn't count from now until next week when you see
18  the trial judge.  We shouldn't count those days so that
19  the lawyers can focus their time -- their efforts
20  rather on trying to negotiate a resolution and also
21  because the case is so complex.  But that will give the
22  government an extra six days to start your trial.
23              Do you understand?
24              THE DEFENDANT:  Yes.
25              THE COURT:  Do you want me to give them that
```

4

```
 1  extra time for those reasons?
 2            THE DEFENDANT:  Yes.
 3            THE COURT:  Okay, I'll do that.
 4            With respect to the bail status, folks, I
 5  understand currently, Mr. Korchevksy is under a
 6  temporary order and we can't have a temporary order
 7  last that long.
 8            MR. BRILL:  I understand.
 9            THE COURT:  Any objection to a permanent
10  order without prejudice to applying for bail on the
11  26th?
12            MR. BRILL:  No objection without prejudice,
13  thank you, your Honor.
14            THE COURT:  All right, I'll enter that.  Is
15  there anything else for today?
16            MR. OTT:  No, your Honor, thank you.
17            MR. BRILL:  No, thank you.  Have a nice day.
18            THE COURT:  Thank you all.
19                    * * * * * * * *
20
21
22
23
24
25
```

```
        I certify that the foregoing is a correct
transcript from the electronic sound recording of the
proceedings in the above-entitled matter.


        [signature]


ELIZABETH BARRON                              December 2, 2015
```