Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CASE NO. |
| | : | 152-CR-00381-RJD |
| | : | |
| ALEXANDER GARKUSHA, et al | : | |

## ORDER

The Court having heard and reviewed Defendant Garkusha's Motion to Change a Condition of his bond and the government having agreed thereto;

It is hereby ORDERED that the condition of Defendant Garkusha's bond requiring electronic monitoring is hereby terminated. This is the only change to Defendant Garkusha's bond and all other conditions of Defendant Garkusha's bond are still in full force and effect.

So Ordered the _____ day of December 2015.

_____
United States District Judge