**LINDA MORENO**
Attorney at Law

POST OFFICE BOX 10985                                              TAMPA, FLORIDA
33679
OFFICE (813) 247-4500                                              CELL    (813) 486-6165
lindamoreno.esquire@gmail.com                                      FAX     (855) 725-7454

5 January 2016

Via ECF
Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Leonid Momotok, et al.
15 Cr. 381 (RJD)

Dear Judge Dearie:

    I represent Leonid Momotok in the above-entitled matter. There is a scheduled pretrial conference hearing this Friday, January 8, in the EDNY before Your Honor. Mr. Momotok is on bail, currently supervised by pretrial services in Suwanee, Georgia, near his home. I am writing to request approval to waive his appearance at this upcoming hearing; I have discussed this with my client.

    Thank you for your consideration.

Respectfully submitted,
*/s/ Linda Moreno*
Linda Moreno

cc: AUSA Christopher Allen Ott, Via ECF
    AUSA Chris Nasson, Via ECF