BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

**JANUARY 8, 2016**
*Time in Court:  15 minutes*

DOCKET NUMBER:   CR 15 381-01 & 03 (RJD)

U.S.A. -v-   **VITALY KORCHEVSKY (ON BOND)**
             **COUNSEL:   STEVEN BRILL (RETAINED)**
U.S.A. -v-   **LEONID MOMOTOK (ON BOND)**
             **COUNSEL:   LINDA MORENO (RETAINED)**

AUSA:   **CHRIS NASSON & RICHARD TUCKER**

COURT REPORTER:  *ANTHONY FRISOLONE*

X   CASE CALLED FOR STATUS CONFERENCE.
    DEFENDANT LEONID MOMOTOK NOT PRESENT; COUNSEL MS. MORENO
    WAIVES CLIENTS APPEARANCE; COURT PREVIOUSLY APPROVED REQUEST.
    DISCUSSION HELD.
    AUSA INFORMS COURT THAT GOVERNMENT MAY SUPERSEDE
    INDICTMENT IN THE NEAR FUTURE.
    CASE PREVIOUSLY DESIGNATED AS COMPLEX, WITH NO OBJECTION
    FROM COUNSEL, DESIGNATION CONTINUES.
    CASE ADJOURNED TO 4/8/16 AT 10:00AM.