The image is small, likely the DOJ seal logo.



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F. # 2012R00103

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 4, 2016

<u>By ECF</u>

Steven Brill, Esq.
Sullivan Brill
115 Broadway, 17th Floor
New York, New York 10006

Linda Moreno, Esq.
Law Office of Linda Moreno
P.O. Box 10985
Tampa, Florida 33679

Re:     United States v. Korchevsky, et al.,
        <u>Criminal Docket No. 15-381 (RJD)</u>

Dear Mr. Brill and Ms. Moreno:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery with respect to the above-referenced matter.  The materials numbered as Korchevsky_0000001 through Korchevsky_0859051.  Please contact Joseph Meisner at First Choice at 718-381-1480, extension 212, and reference Print Order [provided separately].  First Choice is located at 52-08 Grand Avenue, Maspeth, NY 11378. With this production, the government hereby makes its request for reciprocal discovery from the defendants.

This first production is approximately 500 gigabytes.  It consists, inter alia, of subpoenaed brokerage records, bank records, pen register returns and email search warrant returns.  There will be at least two more productions to follow.  The materials in the instant production include the following file types:

| **File Type** | **Count** |
|---|---|
| Outlook Express Mail Message | 134,941 |
| JPEG File Interchange | 123,189 |
| Adobe Acrobat (PDF) | 30,472 |
| Internet Mail Message | 24,979 |
| Unknown format | 10,939 |
| Portable Network Graphics Format | 9,459 |
| Microsoft Excel 2013 Workbook | 8,540 |
| Internet HTML | 8,081 |
| Microsoft Word 2003/2004 | 4,787 |
| Microsoft Excel 2000 | 3,090 |
| Transport-Neutral Encapsulation Format(TNEF) | 1,534 |
| Microsoft Excel 2010 Workbook | 1,506 |
| Microsoft Word 2007/2008 | 1,217 |
| Microsoft Excel 2007/2008 | 1,099 |
| Compuserve GIF | 1,079 |
| Microsoft Word 2010 | 1,066 |
| Microsoft Excel 2003 | 865 |
| MHTML(Web Archive) | 798 |
| Word 2000 HTML | 673 |
| Progressive JPEG | 580 |
| Microsoft Word 2013 | 518 |
| Text Mail | 474 |
| Outlook Email | 468 |
| Microsoft Word 2002 | 388 |
| Rich Text Format | 363 |
| Tagged Image File Format | 347 |
| AutoCAD 2004/2005/2006 Drawing | 322 |
| Microsoft Excel 97/98/2004 | 319 |

| | |
|---|---|
| Microsoft Word 2000 | 302 |
| DBase III | 268 |
| Microsoft PowerPoint 97-2004 | 258 |
| Windows Bitmap | 205 |
| eFax Document | 197 |
| ISO Base Media File | 166 |
| Internet Message | 164 |
| AutoCAD 2007/2008/2009 Drawing | 151 |
| vCard | 123 |
| Quicktime Movie | 113 |
| Microsoft PowerPoint 2010 | 92 |
| Extensible Markup Language (XML) | 84 |
| Microsoft PowerPoint 2007/2008 | 73 |
| Microsoft Excel 5.0/7.0 | 60 |
| vCalendar | 55 |
| Windows Metafile [5000] | 55 |
| Clear Signed S/MIME (Secure/MIME) | 54 |
| Microsoft Excel 2013 Macro Enabled Workbook | 51 |
| UTF-8 encoded Text | 49 |
| NULL | 47 |
| Windows Media Video | 44 |
| AutoCAD DXF (ASCII) | 37 |
| Open Office 3.x Writer (ODF 1.2) | 32 |
| Microsoft XML Paper Specification | 29 |
| Microsoft Excel 2010 Macro Enabled Workbook | 27 |
| Windows Media Audio | 27 |
| Microsoft Publisher 2007 | 26 |
| Windows Video | 25 |
| Apple iWork Pages File Preview | 23 |

| | |
|---|---|
| MPEG-1 audio - Layer 3 | 23 |
| WordPerfect 6.1 - 12.0 / X3-5 | 23 |
| MPEG Layer3 ID3 Ver 2.x | 19 |
| Microsoft Excel 2002 | 18 |
| Microsoft Excel XML 2003 | 18 |
| Windows Sound | 18 |
| Microsoft Word 97/98 | 17 |
| EPS (TIFF Header) | 16 |
| Adobe Illustrator 9 | 15 |
| Scalable Vector Graphics File | 15 |
| Enhanced Windows Metafile | 13 |
| Microsoft PowerPoint 2013 | 13 |
| Microsoft Visio 2003/2007 | 13 |
| Microsoft Works 2000 | 12 |
| Adobe Photoshop | 11 |
| Open Office 3.x Calc (ODF 1.2) | 9 |
| MPEG-1 video | 8 |
| ID3 Ver 2.x | 7 |
| MPEG-4 file | 7 |
| Windows Icon | 7 |
| .ZIP/JAR File | 6 |
| AutoCAD 2000/2002 Drawing | 6 |
| Microsoft Excel 2007/2008 Binary | 6 |
| Microsoft PowerPoint 2007/2008 Slideshow | 6 |
| Microsoft Word 2007/2008 Macro Enabled Document | 6 |
| MPEG-2 video | 5 |
| Password Protected Microsoft Excel 2007/2008 | 5 |
| MPEG-2 audio - Layer 3 | 4 |
| Open Office 2.x Calc (ODF 1.1) | 4 |
| Open Office 2.x Writer (ODF 1.1) | 4 |

| | |
|---|---|
| Windows Cursor | 4 |
| Excel 2000 HTML | 3 |
| Internet HTML - Unicode | 3 |
| Microsoft Excel 2007/2008 Macro Enabled Workbook | 3 |
| Wordstar 4.0 | 3 |
| Macromedia Flash 4-8 | 2 |
| Microsoft Access 2000/2002/2003 | 2 |
| Microsoft Project 2010 | 2 |
| MPEG Layer3 ID3 Ver 1.x | 2 |
| Open Office 3.x Impress (ODF 1.2) | 2 |
| Outlook Contact | 2 |
| Password Protected Microsoft Excel 2010-2013 | 2 |
| Real Audio / Real Video | 2 |
| Apple iWork Keynote File | 1 |
| IBM DCA/FFT | 1 |
| Microsoft Excel 2013 Binary | 1 |
| Microsoft Excel 4.0 | 1 |
| Microsoft OneNote File | 1 |
| Microsoft PowerPoint 2000/2002 | 1 |
| Microsoft PowerPoint 2010 Slideshow | 1 |
| Microsoft Project 2000/2002/2003 | 1 |
| Microsoft Project 2007 | 1 |
| Microsoft Word 2007/2008 Template | 1 |
| Microsoft Word 2010 Template | 1 |
| Resource Interchange File Format | 1 |
| Windows Help File | 1 |
| WordPerfect 4.2 | 1 |

These file types are all provided in "load format," which should enable you to use the review platform of your choice.

If you have any questions or further requests, please do not hesitate to contact us.

Very truly yours,

ROBERT L. CAPERS
United States Attorney

By:    \_\_\_\_\_/s/_____
Christopher Ott
Assistant U.S. Attorney
(718) 254-6154

Enclosures

cc:    Clerk of the Court (RJD) (by ECF)

6