

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

F. # 2012R00103

*271 Cadman Plaza East
Brooklyn, New York 11201*

May 6, 2016

By ECF

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn. New York 11201

        Re:    United States v. Korchevsky, et al.,
                Criminal Docket No. 15-381 (RJD)

Dear Judge Reyes:

        Pursuant to Judge Dearie's April 8, 2016 order, the government writes to provide a status update on discovery. On March 4, 2016, the government, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, made materials numbered as Korchevsky_0000001 through Korchevsky_0859051 available to the defense.  See docket item 71.  That first production was approximately 500 gigabytes and consisted of, inter alia, of subpoenaed brokerage records, bank records, pen register returns and email search warrant returns.  As noted on March 4, 2016, there will be at least two more productions to follow.  Defense counsel has reached out to the government so that both sides can walk through this first production together.  We hope to have that discussion soon.

        The next production involves more than 1 terabyte of materials that our office received after the instant case's indictment from United States Attorney's Office for the District of New Jersey.  Those materials will include images of computers acquired from search warrants in the Ukraine, pen register returns and email search warrant returns. The processing and discovery production of those materials within the Department of Justice could take up to six additional months.  Therefore, we are in the process of hiring an outside vendor to make those materials available to the defense.  Including the administrative time to locate the funding to process these materials, we hope to make this second set of discovery available in June 2016.

The third production involves more than 5 terabytes of materials received from search warrants executed during the day of arrest. Those materials will include images of the co-conspirators' computers and phones. We are again going to use an outside vendor to process these materials. We hope to make this third set of discovery available in July 2016.

The next status conference before Judge Dearie is scheduled for August 2016. By that time, the government and the defense will have met to walk through the first set of discovery and the government will likely have completed discovery. Indeed, discovery will likely be completed in July 2016, a month prior to the next status conference.

Pursuant to Judge Dearie's order, the government will provide you with our next update on or about June 8, 2016. If you have any questions, please do not hesitate to contact us.

        Very truly yours,

        ROBERT L. CAPERS
        United States Attorney

By:   /s/
        Christopher Ott
        Assistant U.S. Attorney
        (718) 254-6154

No Enclosures

cc:    Clerk of the Court (RJD) (by ECF)

        Steven Brill, Esq.
        Attorney for Korchevsky
        Sullivan Brill
        115 Broadway, 17th Floor
        New York, New York 10006

        Linda Moreno, Esq.
        Attorney for Momotok
        Law Office of Linda Moreno
        P.O. Box 10985
        Tampa, Florida 33679