

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F. # 2012R00103

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 8, 2016

By ECF

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn. New York 11201

      Re:   United States v. Korchevsky, et al.,
              Criminal Docket No. 15-381 (RJD)

Dear Judge Reyes:

      Pursuant to Judge Dearie's April 8, 2016 order, the government writes to provide a status update on discovery. On March 4, 2016, the government, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, made materials numbered as Korchevsky_0000001 through Korchevsky_0859051 available to the defense. See docket item 71. That first production was approximately 500 gigabytes and consisted, inter alia, of subpoenaed brokerage records, bank records, pen register returns and email search warrant returns. As noted on March 4, 2016, there will be at least two more productions to follow. On June 6 and June 7, the government met with counsel for Korchevsky and Momotok, respectively, to discuss this first large discovery production. Among other things, the government discussed the types of evidence included in the first production (brokerage records, bank records, phone tolls and bluesheet trading data) and how the defendants could best explore that evidence.

      The second set of discovery involves evidence from a separate investigation in the District of New Jersey. Much of that discovery has now been Bates-stamped and will be available for pickup from the vendor soon. As discussed in the May 2016 discovery update letter, we hope to make the balance of the second set of discovery available within the next month.

The third discovery production involves materials received from search warrants executed during the day of arrest. Those materials will include images of phones, tablets, hard drives and laptops from Korchevsky's residence. We still hope to make this third set of discovery available prior to the August 4, 2016 status conference.

Pursuant to Judge Dearie's order, the government will provide you with our next update on or about July 8, 2016. If you have any questions, please do not hesitate to contact us.

    Very truly yours,

    ROBERT L. CAPERS
    United States Attorney

By:    /s/
    Christopher Ott
    Assistant U.S. Attorney
    (718) 254-6154

No Enclosures

cc:    Clerk of the Court (RJD) (by ECF)

    Steven Brill, Esq. (Via Email and ECF)
    Attorney for Korchevsky
    Sullivan Brill
    115 Broadway, 17th Floor
    New York, New York 10006

    Linda Moreno, Esq. (Via Email and ECF)
    Attorney for Momotok
    Law Office of Linda Moreno
    P.O. Box 10985
    Tampa, Florida 33679