

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

June 9, 2016

<u>VIA ECF</u>
Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      <u>Re</u>:   <u>United States v. Vitaly Korchevsky</u>
              15 Cr. 381 (RJD)

Dear Judge Dearie:

     Mr. Korchevsky is presently out on bail and on home detention in the EDPA. We are respectfully requesting permission for Mr. Korchevsky to travel in two upcoming instances.

     First, he is requesting permission to travel to the location of a children/teenager camp scheduled from June 26, 2016 through July 1, 2016.  This camp is run by Mr. Korchevsky's church, and as pastor he is supposed to provide all the teaching and supervision.  The location of the camp is 455 Camp Rd, Stevens, PA 17578; this location is in the Eastern District of Pennsylvania. Ideally, Mr. Korchevsky would like to be able to sleep at the camp during this period, however, he is also willing to return home each evening if that is what the Court prefers. The hours he would need to be at the camp are 8:00 AM through midnight each day.

     Second, he is requesting permission to travel from July 1, 2016 through July 7, 2016 to the Family Conference of his Baptist Alliance, which will be held in Spokane, Washington.  The conference will be at a church, located at 8913 N Nettleton Ln., Spokane, WA 99208.  During the conference he would be staying at 8115 N. Camilla Marie Ct., Spokane, WA 99208.

     I have contacted PTS Officer Anna Lee, Assistant U.S. Attorneys Christopher Nasson and Richard Tucker. Ms. Lee does not support this request. Messrs. Nasson and Tucker have not yet responded and expressed the government's position.

     Thank you for your attention and consideration.

Respectfully submitted,

Sullivan & Brill, LLP

*[signature]*

_____

By: Steven Brill, Esq.