

U.S. Department of Justice

United States Attorney
Eastern District of New York

CLN
F. #2013R00103

271 Cadman Plaza East
Brooklyn, New York 11201

June 14, 2016

By ECF

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Vitaly Korchevsky, et al.,
     Criminal Docket No. 15-381 (RJD)

Dear Judge Dearie:

  The government respectfully submits this letter in opposition to the defendant's June 9, 2016 letter requesting permission to travel to a summer camp and an out of state church conference.  See Docket No. 81: Defendant's Fifth Request to Travel.  As the defendant indicated in his fifth request to travel, the United States Pretrial Services Agency ("Pretrial Services") does not consent to this request because it is not conducive to home detention/location monitoring, which is one of the defendant's bail conditions, and because the defendant's release conditions already allow him to leave his residence to attend services, bible study meetings, choir practice and other religious functions at his church.  See

2

Pretrial Services' June 14, 2016 Memorandum.  The government concurs with Pretrial Services and requests that the Court deny the defendant's petition.

                                                             Respectfully submitted,

                                                             ROBERT L. CAPERS
                                                             United States Attorney

                            By:     /s/Christopher L. Nasson
                                      Christopher L. Nasson
                                      Christopher A. Ott
                                      Richard M. Tucker
                                      Assistant U.S. Attorneys
                                      (718) 254-6411 (Nasson)

cc:     Clerk of Court (RJD)
         Steven G. Brill, Esq.
         Pretrial Services Officer Anna Lee