

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. # 2012R00103

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 7, 2016

By ECF

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn. New York 11201

        Re:    United States v. Korchevsky, et al.,
                   Criminal Docket No. 15-381 (RJD)

Dear Judge Reyes:

        Pursuant to Judge Dearie's April 8, 2016 order, the government writes to provide a status update on discovery.  Although no new materials have been made available to the defense since the last update, the government has been conferencing with Korchevsky's counsel to discuss the already-available discovery.   Those discovery discussions will continue.

Pursuant to Judge Dearie's order, the government will provide you with our next update on or about August 8, 2016. If you have any questions, please do not hesitate to contact us.

          Very truly yours,

          ROBERT L. CAPERS
          United States Attorney

By:   /s/
          Christopher Ott
          Assistant U.S. Attorney
          (718) 254-6154

No Enclosures

cc:    Clerk of the Court (RJD) (by ECF)

       Steven Brill, Esq. (Via Email and ECF)
       Attorney for Korchevsky
       Sullivan Brill
       115 Broadway, 17th Floor
       New York, New York 10006

       Linda Moreno, Esq. (Via Email and ECF)
       Attorney for Momotok
       Law Office of Linda Moreno
       P.O. Box 10985
       Tampa, Florida 33679