UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CASE NO. |
| | : | 15-CR-00381-RJD |
| | : | |
| | : | |
| | : | |
| ALEXANDER GARKUSHA, et al | : | |

### JEROME J FROELICH JR.'S
### PETITION FOR LEAVE OF ABSENCE

Comes now, Jerome J. Froelich Jr. and respectfully applies to this Court for a leave of absence from July 20, 2016 to and including July 29, 2016, August 4, 2016 and August 12, 2016 for the following reasons:

1.

Mr. Froelich is the attorney of record for Defendant Alexander Garkusha in the above captioned case.

2.

Mr. Froelich has a long standing vacation to Malaga, Spain with plane tickets and hotel reservation have been made and are non refundable for the dates of July 20, 2016 through July 29, 2016.

3.

Mr. Froelich has to be in the United States District Court for the Middle

District of Florida on August 4, 2016 for a sentencing in the case of *United States v. Samuel Murad* and has a meeting in a case with the United States Attorney's Office for the District of New Jersey on August 12, 2016.

4.

Mr. Froelich has received a leave of absence in all his other cases.

5.

Mr. Froelich respectfully requests that any and all proceedings involving Defendant Garkusha be stayed during Mr. Froelich's leave of absence. A proposed order is attached hereto.

WHEREFORE, Petitioner prays that he be granted a leave of absence for the above mentioned dates.

Respectfully submitted,

S/ Jerome J. Froelich Jr.
Jerome J. Froelich, Jr.
State Bar No. 278150

McKENNEY & FROELICH
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia  30309-2920
(404) 881-1111

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CASE NO. |
| | : | 15-CR-00381-RJD |
| ALEXANDER GARKUSHA | : | |
| | : | |

# ORDER FOR LEAVE OF ABSENCE

The Court having heard and considered, Jerome J. Froelich Jr., Counsel for Defendant Alexander Garkusha, petition for a leave of absence hereby grants Mr. Froelich a leave of absence applicable to all trials, hearings, motions, filings and other legal proceedings that may be scheduled in the above-referenced matter from July 21, 2016 through July 29, 2016; August 4, 2016 and August 12, 2016 inclusive.

SO ORDERED, this _____ day of July, 2016.

_____
Judge, United States District Court

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party with a copy of the within and foregoing with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to opposing counsel:

> Christopher Allen Ott, Esq.
> Christopher L. Nasson, Esq.
> Richard M. Tucker, Esq.
> Assistant United States Attorney
> United States Attorney's Office for the Eastern District of New York
> 271 Cadman Plaza East
> Brooklyn, New York 11201

This 12th day of July, 2016.

*S/Jerome J. Froelich Jr.*
JEROME J. FROELICH, JR.
Georgia State Bar No. 278150

McKenney & Froelich
One Midtown Plaza, Suite 910
1360 Peachtree Street
Atlanta, Georgia 30309-2920
(404) 881-1111