

July 21, 2016

<u>VIA ECF</u>
Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>United States v. Vitaly Korchevsky</u>
              15 Cr. 381 (RJD)

Dear Judge Dearie:

    You may recall that the in connection with his indictment, the government had frozen several of Mr. Korchevsky's bank and brokerage accounts. Specifically, two of Mr. Korchevsky's accounts – Etrade and PNC Bank – were liquidated and forwarded directly into the government's hands via a government escrow account. At the last status conference, I requested that the government provide Mr. Korchevsky with official account statements reflecting the status of his funds now in a government escrow accounts. Your Honor supported that request. However, to this day, the government has not provided any such account statement. It is our respectful request that the Court require the government to do so.

    Thank you for your consideration.

                                                          Respectfully submitted,

                                                          Sullivan & Brill, LLP

                                                          By: Steven Brill, Esq.

cc: AUSA Christopher Ott