

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F. # 2012R00103

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 26, 2016

By ECF

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn. New York 11201

        Re:    United States v. Korchevsky, et al.,
                  Criminal Docket No. 15-381 (RJD)

Dear Judge Dearie:

        The government writes in response to Korchevsky's July 21, 2016 request for account statements as to his restrained forfeitable funds.  See docket item 85.   The restrained funds at issue have been deposited into the seized asset deposit fund maintained by the United States Marshals' Service.  In addition to the forfeiture document readily available on the docket in this case, on May 21, 2016, upon Korchevsky's request, the government provided his counsel with a copy of the official receipts showing the deposit of those funds into the Marshals' account.  These receipts set forth the amounts of the deposits, where they were deposited and the asset ID number by which they may be tracked.  Korchevsky now requests that we provide account statements for the restrained funds.  This account is not a commercial bank or brokerage account where such statements are prepared.  However, today the government provided Korchevsky with a letter from Michael D. Cooke, the District Asset Forfeiture Coordinator for the United States Marshals' Service.  This letter again sets forth the amounts of the deposits, where they were deposited and the asset ID number by which they may be tracked.  The

government submits that this letter fulfills Korchevsky's request and that no further action need be contemplated by the Court.

                                                     Very truly yours,

                                                     ROBERT L. CAPERS
                                                     United States Attorney

                               By:    /s/_____
                                                     Christopher Ott
                                                     Assistant U.S. Attorney
                                                     (718) 254-6154

No Enclosures

cc:     Clerk of the Court (RJD) (by ECF)

        Steven Brill, Esq. (Via Email and ECF)
        Attorney for Korchevsky
        Sullivan Brill
        115 Broadway, 17th Floor
        New York, New York 10006