## CRIMINAL CAUSE FOR PLEADING

BEFORE:   **RAMON E. REYES, JR**     DATE: 8/2/16   START TIME: **12:15 p.m.**
                                                    END TIME: .12:57 pm

15-CR-00381-(3)(RJD)

DEFT'S. NAME:   **Leonid Momotok**
    √ **present**   ___ not present       ___ Custody       √ **Bail/Bond**

**DEFENSE COUNSEL**:   **Linda Gail Moreno**
    √ **present**   ___ not present   ___ CJA   √ Retained   ___ Public Defender

A.U.S.A.: **Christopher L. Nasson  718- 254-6411**   **Courtroom Deputy**: Eddie Manson for Miriam Vertus

Interpreter :   (LANG: **None** ) (TAPE)# 12:15 - 12:57

 X   CASE CALLED

DEFT.   X  SWORN       ___ ARRAIGNED     X  INFORMED OF RIGHTS
        X  WAIVES TRIAL BEFORE DISTRICT COURT

___   INITIAL APPEARANCE
___   DEFT STATES TRUE NAME TO BE_____. INFORMATION AMENDED.
___   WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___   INFORMATION FILED.
___   DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
___   DEFT ENTERS **GUILTY PLEA** TO THE **INDICTMENT**.
 X    DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS A GUILTY PLEA TO COUNT 1 OF THE INDICTMENT.
 X    COURT FINDS FACTUAL BASIS FOR THE PLEA.
 X    SENTENCING DATE: **12/9/2016 @10:00 a.m.  before Judge Dearie**
___   DEFT CONT'D IN CUSTODY
___   ORDER SETTING CONDITIONS OF RELEASE AND BOND ENTERED
___   UNSECURED BOND-SET AT_____ FOR DEFT.

* AUSA DIRECTED TO SEND A SIGNED COPY OF PLEA AGREEMENT TO MS. MULQUEEN.
* SENTENCING SUBMISSIONS, IF ANY, DUE AS FOLLOWS: DEFENSE: TWO WEEKS PRIOR SENTENCE; GOVERNMENT: ONE WEEK PRIOR SENTENCE.
 X   **Transcript Ordered for Judge Dearie**

OTHER: PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE REYES DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED.  THE MAGISTRATE RECOMMENDS THAT THE PLEA OF GUILTY BE ACCEPTED . PLEA AGREEMENT MARKED AS COURT EXHIBIT #1 AND RETURNED TO THE ASSISTANT.