

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

August 9, 2016

<u>VIA ECF</u>
Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   <u>Re</u>: <u>United States v. Vitaly Korchevsky</u>
      15 Cr. 381 (RJD)

Dear Judge Dearie:

  Mr. Korchevsky is presently out on bail and on home detention in the EDPA. We are respectfully requesting permission for Mr. Korchevsky to travel in two upcoming instances.

  First, he is requesting permission to travel to the location of a children/teenager camp scheduled from **August 18th-20th, 2016**. 2016. The location of the camp is Lackawanna State Park at 1839 N. Abington Road, North Abington Township, PA 18414. This location is in the Middle District of Pennsylvania. Mr. Korchevsky would like to be able to sleep at the camp during this period.

  Second, he is requesting permission to attend a Baptist Union retreat on **August 22nd-28th, 2016** at the Russian Baptist Church located at 866 North Road in Westfield, MA 01085.

  I have contacted PTS Officer Anna Lee, who does not consent to this request.

  Thank you for your attention and consideration.

            Respectfully submitted,

            Sullivan & Brill, LLP

            _____
            By: Steven Brill, Esq.