

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RMT
F.#2012R00103

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 10, 2016

By ECF

Steven Brill, Esq.
Sullivan Brill
115 Broadway, 17th Floor
New York, New York 10006

        Re:    United States v. Vitaly Korchevsky
                  Criminal Docket No. 15-381 (RJD)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery with respect to the above-referenced matter. As described further below, this production supplements the government's March 4, 2016 production. Please note that these materials are being produced subject to the protective order entered by the Court on January 5, 2016.

      First, as requested, the government is re-producing in native format materials previously produced to the defense on March 4, 2016 bearing Bates numbers Korchevsky_0000001 through Korchevsky_0859051. For purposes of this re-production, these materials are being produced on the enclosed hard drive in the electronic folder labeled "IB1", as well as a compact disc labeled "Disc 1".

      Also on the enclosed hard drive is an electronic folder labeled "VK2," which contains electronic data from certain electronic media seized from the defendant's residence on the date of his arrest.

      Finally, enclosed is a compact disc labeled "Disc 2" containing documents bearing Bates numbers JULY27,2016-000000001 to JULY27,2016-000002745. These documents were deemed potentially pertinent during our initial review of other electronic media seized from the defendant's residence on the date of his arrest. As discussed, the full volume of electronic media seized from the defendant's residence, as well as an inventory of seized materials, is forthcoming.

If you have any questions, please do not hesitate to contact us.

Very truly yours,

ROBERT L. CAPERS
United States Attorney

By:    /s/
Richard M. Tucker
Una A. Dean
Julia Nestor
Assistant U.S. Attorneys
(718) 254-6204/6473/6297

Enclosures

cc:    Clerk of the Court (RJD) (by ECF)