

U.S. Department of Justice

United States Attorney
Eastern District of New York

RMT
F.#2012R00103

271 Cadman Plaza East
Brooklyn, New York 11201

August 11, 2016

By ECF

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Vitaly Korchevsky
                Criminal Docket No. 15-381 (RJD)

Dear Judge Dearie:

        The government respectfully submits this letter in opposition to the defendant's pending application to travel to a summer camp and an out-of-state youth retreat. See Docket No. 93: Defendant's Sixth Request to Travel. As the defendant indicated in his application, the United States Pretrial Services Agency ("Pretrial Services") does not consent to this request. Given the serious nature of the pending charges and the lengthy nature of the defendant's proposed travel, the government concurs with Pretrial Services and requests that the Court deny the defendant's petition.

                                      Respectfully submitted,

                                      ROBERT L. CAPERS
                                      United States Attorney

                By:    /s/Richard M. Tucker
                        Richard M. Tucker
                        Una A. Dean
                        Julia Nestor
                        Assistant U.S. Attorneys
                        (718) 254-6204/6473/6297

cc:    Clerk of Court (RJD) (via ECF)
        Steven G. Brill, Esq.
        Pretrial Services Officer Anna Lee