

August 16, 2016

<u>VIA ECF</u>
Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    <u>United States v. Vitaly Korchevsky</u>
                 15 Cr. 381 (RJD)

Dear Judge Dearie:

    In light of your Honor's decision regarding Mr. Korchevsky's travel requests dated August 9, 2016, Mr. Korchevsky respectfully withdraws both of his travel requests. The Court's consideration is greatly appreciated.

                          Respectfully submitted,

                          Sullivan & Brill, LLP

                          _____
                          By: Steven Brill, Esq.