# DNJ1 Hard Drive Index
25-Aug-16

| Folder Name | Contents |
|---|---|
| 14_12_16_PRN Disk | PR Newswire Documents |
| 15_04_16_BW info | Business Wire Documents |
| 15_05_22_USSS Download | Documents from computers seized from co-conspirators in Ukraine |
| 15_05_30_USSS Download | Additional documents from computers seized from co-conspirators in Ukraine |
| 15_06_05_Phone Records | Telephone record subpoena returns |
| 15_06_11_BUSINESS WIRE | Business Wire Documents |
| 15_06_17_BUSINESS WIRE | Business Wire Documents |
| 15_07_13 FINRA Documents | FINRA Documents |
| 15_07_21 EDNY Documents | Documents previously produced by the Eastern District U.S. Attorney's Office |
| 15_07_27 USSS Download | Additional documents from computers seized from co-conspirators in Ukraine |
| 15_07_28 USSS Download | Additional documents from computers seized from co-conspirators in Ukraine |
| 15_08_13_Korchevsky Data | Certain data recovered at the time of defendant's arrest |
| 15_08_18_Igor Dubovoy Phone | Telephone seized from co-conspirator |
| Emails | Data from co-conspirator email accounts |
| Corporation Records | Online Open-Source searches |
| From Marketwired | Marketwired Documents |
| From Takedown Searches | Telephone seized from co-conspirator |
| Marketwired Documents | Marketwired Documents |
| SEC Materials | Documents provided by Securities and Exhchange Commission |
| Subpoena | Various supboena responses |
| SW | Various search warrant responses froms searches of defendant's emails and co-conspirators |
| Toll Records | Telephone toll records |
| Vadym Phone | Telephone seized from co-conspirator |