

RECEIVED
MAY 05 2022
PRO SE OFFICE

April 27, 2022

Office of the Clerk
United States District Court
Eastern District of New York
225 Camden Plaza East,
Brooklyn, NY 11201

Subject: Petition for Home Detention Credit.
Reference: Case No. 15-cr-381 (RJD).

This Petition to the court is to request the allowance of time served under Home Detention as credit toward the completion of the term of imprisonment imposed by the Court of 5 years (60 months).

Justification for this determination by the Court is as follows:

1. The defendant was assigned to home detention whilst awaiting trial, following his arrest on August 11th, 2015 until July 6th, 2018 (the date of conviction), less the 221 days, time spent in Federal Prison awaiting the Court decision for bail petition.
   The totals for each year are therefore
   a) 2015; September 4th - December 31st = 118 days
   b) 2016; January 1st - December 31st = 365 days
   c) 2017; January 1st - December 31st = 365 days
   d) 2018; January 1st - July 5th = 187 days
   TOTAL for all days: 1,035 days

2. The periods of Home Detention were subject to monitoring by an ankle-secured device paid for by the Defendant. The device was removed at a latter time closer to the trial.

3. There were no events of noncompliance with the conditions of the Home Detention. The Case Files of Probation Officers may be reviewed for verification. The Defendant assumed and attitude of complete cooperation during the Home Detention.

4. As precedence, the Petitioner points to the many Sentences of recent times where convicted persons were permitted to serve some or all of their time under Home Detention (house arrest).

5. During his sentence at FMC, the Defendant has exhibited a positive attitude and compliance to the rules of the institution.

6. There is an absence of information to establish a concern that the Petitioner will attempt any aberrant behavior should the dispensation be granted. Recidivism is a statistically remote possibility, recognizing principally his age.

Submitted (Pro Se) by:
Vitaly Korchevsky
Reg. No. 72318-066
Federal Medical Center
Post Office Box 14500
Lexington, Kentucky 40512-4500

Vitaly Korchevs[ky]
72318-066
Federal Medical Ce[nter]
P.O. Box 14500
Lexington, KY

7018 1830 0001 9517 8292

CERTIFIED MAIL

112018182 0090

⟨⟩72318-066 ⟨⟩
Ofofclerk Us District Court
225 Cadman PLZ E
Brooklyn Heights, NY 11201
United States

